IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## DEFENDANTS'
## CERTIFICATE OF INTERESTED PARTIES

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Defendant Texas State Technical College ("TSTC"), and Defendants Dr. J. Gilbert Leal ("Leal"), Pat Hobbs ("Hobbs"), Zulema Garza ("Garza"), and Leonel Gomez ("Gomez") (sometimes collectively referred to as the "Individual Defendants"), by and through the Attorney General of Texas, Greg Abbott, and the undersigned Assistant Attorney General, file this Certificate of Interested Parties, pursuant to the Court's Order Setting Conference, certifying to the Court that to the best of the knowledge of Defendants, the only parties that are financially interested in the outcome of this litigation are the following:

### INTERESTED PARTIES

1. Jon P. Harrison, Plaintiff
   Truman W. Dean, Jr., Attorney in Charge
   P.O. Box 2560
   Cedar Park, TX 78630

2. Texas State Technical College, Defendant
   Dr. J. Gilbert Leal
   Pat Hobbs
   Zulema Garza
   Leonel Gomez
   c/o TSTC Harlingen
   1902 North Loop 499
   Harlingen, TX 78550

WHEREFORE, Defendant submits this their Certificate of Interested Parties.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    BARRY R. McBEE
    First Assistant Attorney General

    EDWARD D. BURBACH
    Deputy Attorney General for Litigation

    JEFF L. ROSE
    Chief General Litigation Division

    _____
    TERENCE L. THOMPSON
    Assistant Attorney General
    Texas Bar No. 19943700
    Southern District Bar No.26689
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711
    (512) 463-2120
    (512) 320-0667 [fax]

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent via U.S. Mail on July 11, 2004, to:

Truman W. Dean, Jr.
P. O. Box 2560
Cedar Park, Texas 78630

                                                TERENCE L. THOMPSON
                                                Assistant Attorney General