# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*FILED*
*AUG 2 3 2004*
*Michael N. Milby*
*Clerk of Court*

## NOTICE OF RE-SETTING

| | | |
|---|---|---|
| HARRISION | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-096 |
| | § | |
| TEXAS STATE TECH | § | |

TYPE OF CASE:      __X__ CIVIL               ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING: **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                            ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:          RESET TO DATE AND TIME:

**August 27, 2004 @ 9:30 a.m.**                 **September 10, 2004 @ 10:30 a.m.**

MICHAEL N. MILBY, CLERK

BY: _____Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE:  August 20, 2004

TO:  ALL COUNSEL OF RECORD