IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, ET AL | § | |

## Scheduling Order

1. Trial:  Estimated time to try: ___ days.                    ☐Bench    ■ Jury

2. New parties must be joined by:                              September 30, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:      April 20, 2005

4. The defendant's experts must be named with a report furnished by:     May 27, 2005

5. Discovery must be completed by:                            July 15, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                      May 20, 2005

   Non-Dispositive Motions will be filed by:                  July 22, 2005

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                               July 22, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:         August , 2005

9. Jury Selection is set for 9:00 a.m. on:                    August, 2005

The case will remain on standby until tried.

Signed this the __10th__ day of __September__, 2004.

_____
Andrew S. Hanen
United States District Judge

**xc: ALL COUNSEL OF RECORD**