IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON P. HARRISON | CIVIL ACTION NO |
| Plaintiff | B-04-096 |
| v. | JURY TRIAL REQUESTED |
| TEXAS STATE TECHNICAL COLLEGE, AND INDIVIDUAL DEFENDANTS, DR. J GILBERT LEAL, PRESIDENT TSTC - HARLINGEN, PAT HOBBS, DEAN OF INSTRUCTION, ZULEMA GARZA, DIVISION DIRECTOR – CIS, LEONEL GOMEZ, DEPARTMENT CHAIR – CST SUED IN THEIR INDIVIDUAL CAPACITIES | |
| Defendants | |

ORDER

On this day came on for consideration the objections of non-party deponent Charles Zucker to his deposition by written questions and the Response of the Plaintiff to that opposition.

Upon consideration and the argument of counsel this Court DENIES the objections of Deponent Zucker and ORDERS the parties in dispute to confer with 12 days of this Order to in an attempt to resolve this

discovery dispute without the intervention of this Court.

The parties in dispute are to inform this Court in writing within the next 12 days if all discovery disputes are resolved and that the Court's intervention is not necessary.

ENTERED this _____ day of _____ 2005

_____
United States District Judge