UNITED STATES DISTRICT COURT
For the Southern District of Texas

Jon P. Harrison

      Plaintiff

v.                 Case No.: 1:04−cv−00096
                Judge Andrew S. Hanen

Texas State Technical College, et al.

      Defendant

**NOTICE OF SETTING**

  TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**       8/11/05

**TIME:**       09:00 AM

**TYPE OF PROCEEDING:**       Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   January 25, 2005

                             Michael N. Milby, Clerk