**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Truman W Dean
Attorney at Law
PO Box 2826
McAllen TX 78501

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 0 7 2005
MICHAEL N. MILBY, CLERK OF COURT

Case: 1:04-cv-00096   Instrument: 10   (1 pages)
Date: Jan 25, 2005
Control: 050132988
FAX number: 956-584-0689   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

If we are unable to successfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.