

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2005

Michael N. Milby
Clerk of Court

| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## DEFENDANTS' MOTION TO EXTEND SCHEDULING ORDER DEADLINES

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal ("Leal"), Pat Hobbs ("Hobbs"), Zulema Garza ("Garza"), and Leonel Gomez ("Gomez") (collectively, "Defendants"), by and through the Attorney General of Texas, Greg Abbott, and the undersigned Assistant Attorney General, file this Motion to Extend Scheduling Order Deadlines. In support thereof, Defendants would show the Court as follows:

1. On September 10, 2004, this Court entered the Scheduling Order that is currently in effect.

2. To date, no party has sent written interrogatories or requests for admissions, and no depositions have been taken. Initial disclosures have been made, and documents exchanged, but this is the extent of the parties' discovery efforts.

3. Today is the current deadline for dispositive motions. But discovery has not progressed to the point where Defendants can move for summary judgment, as they intend to. It is also likely that Plaintiff would not be in a place to effectively respond to such a motion within the next 30 days. In any event, Defendants move to extend this deadline for 60 days, until July 15, 2005, which is the current discovery deadline.

4.   Defendants would suggest to the Court that all of the current scheduling order deadlines be extended by at least 60 days as well. In light of the current posture of the suit, a trial setting in the late summer will be upon us in no time. It is unlikely that the parties will be fully prepared for trial at that point.

5.   This is Defendants' first request for an extension of the scheduling order deadlines in this case. Defendants' counsel has attempted to contact Mr. Truman Dean, counsel for Plaintiff, to learn if he is in favor of or opposed to this relief, but was unable to reach him by telephone.

WHEREFORE, Defendants pray that this motion be granted.

Respectfully submitted this 20th day of May, 2005,

>   GREG ABBOTT
>   Attorney General of Texas
>
>   BARRY R. McBEE
>   First Assistant Attorney General
>
>   EDWARD D. BURBACH
>   Deputy Attorney General for Litigation
>
>   JEFF L. ROSE
>   Chief General Litigation Division
>
>   */s/ Terence L. Thompson*
>   TERENCE L. THOMPSON
>   Assistant Attorney General
>   Texas Bar No. 19943700
>   Southern District Bar No. 26689
>   General Litigation Division
>   P.O. Box 12548, Capitol Station
>   Austin, Texas 78711
>   (512) 463-2120
>   (512) 320-0667 [fax]
>
>   ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document will be sent by facsimile on

May 22, 2005, to

>Truman W. Dean, Jr.
>P. O. Box 2560
>Cedar Park, Texas 78630
>**Fax: (512) 257-2218**

                                                                                       _____
                                                                                       TERENCE L. THOMPSON
                                                                                       Assistant Attorney General