IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## ORDER

Before the Court is Defendants' Motion to Extend Schedulin Order Deadlines [#   ]. The Court finds that the motion has merit and that it should be granted.

It is therefore Ordered that the current dispositive motions deadline is extended until July 15, 2005.

As to the remaining deadlines, a new scheduling order will be issued by the Court.

Signed this _____ day of _____, 2005.

_____
Andrew S. Hanen
United States District Judge