## THE PSYCHOLOGY CLINIC
### Steven DeAlmeida, DrPH, EdD
9119 Katy Pwy., Suite 307, Houston, TX 77024
713-468-2255  Fax 713-468-2260

DATE: December 03, 2004

TO: Whom It May Concern
RE: Truman Dean

Truman Dean has been a patient in my care for some twenty years. He has suffered the impact of a very stressful career as an attorney. His physical health has declined markedly, particularly in terms of a respiratory disorder and his inability to fight infection. His difficulty fighting infection began when he had his spleen removed. During the past two years he has become more engaged in very stressful Federal and other cases which has required him to travel extensively. The accumulated effect of stress and increasing respiratory problems due to his having to spend time in unhealthy environments for his respiratory health has created a severe health crisis. Predictably he has been ordered by his physicians to take radical measures in order to not die. Those measures include doing essential breathing treatments, not smoking, taking control of his physical environment in terms of triggers for severe respiratory crises, and marked reduction in his stress load so that his immune system can help him survive.

Over the past ten years his health has continued to decline because of his continued stress and physical insults to his respiratory system. He has doggedly pursued his career as an attorney beyond reasonable limits. He has not wavered in terms of keeping up his responsibilities as an attorney, especially in terms of Federal cases. He has not followed prior recommendations to curtail his involvement in cases which involved extensive travel and high levels of emotional and environmental stress. At this point his options have run out. His actions to follow medical advice, including that of myself, is essential for him to stay alive and maintain any type of even minimal health.

Along with others who provide care to him, I have directed him to follow the advice of his medical specialists and myself to radically curtail his travel and stressful cases.

*[signature]*

Steven DeAlmeida, Dr.P.H., Ed.D.
Licensed Psychologist
Texas 24912 Exp. June 30, 2005

Ex 1