12/09/2004 14:20   9565840689                      TRUMAN DEAN LAWYERFE           PAGE  03
Westlaw Case 04-cv-00098   Document 14-3   Filed in TXSD on 05/23/2005   Page 1 of 2

Westlaw context Format Page

| Result List | **Family Medical Center** | Links for |
| 1 Doc | Dr. Roberto C. Ruiz, M.D., FAAFP | 905 F.Supp. 381 |

<< Full Screen List
Locate in Result
Find citation:

815 South Closner ~ Edinburg, Texas 78539 ~ U.S.A.
Phone 956-383-0714 ~ Fax 956-383-4222

December 7, 2004

Truman Dean
P O Box 2826
Mcallen, Texas 78501

Medical Narrative Summary

Truman Dean presented to my office for the first time on Sept 9, 2004. He wanted a physical exam because he was relocating to this area from Austin. According to his historical information, he has been treated for a number of complex medical problems. His major past medical illnesses included: Graves Disease, some unknown electrical heart problem, and hypertension. He had a splenectomy and some kind of blood disorder when a child. He has been under treatment by a psychiatrist and psycologist for chronic disorder, migraine headaches, depression, and panic disorder. He has been a heavy smoker (+2 pc for + 25 years) and is under treatment for bronchial asthma. He denies any other form of non prescribed drug abuse. His physical examination revealed a very intense, jittery, and anxious individual. HEENT: poor oral hygiene and dentition consistent with tobacco abuse. NECK: supple, no nodules. LUNGS: extensive bilateral bronchi, with no wheezing or rales. Rest of his exam was unremarkable. His medication list included: digoxin, levothroxine, depakote, lipitor, clonazepam, and advair. I recommended to Truman that he stop smoking, continue his medications for now, and obtain medical records.

On 10-12-04, patient presented with several days of persisent cough, fevers, chills, and progressive shortness of breathe. He was found to have Acute Bronchitis and Bronchial Asthma. These findings are consistent with a decompensated Chronic Obstructive Pulmonary Disease (COPD). Chest X-ray was negative for pneumonia. He was prescribed medications and

Ex 2

pulmonary nebulizer treatments. A follow-up appointment on 10-26-04 revealed improvement in his respiratory status, but wheezing and bronchi were still present. Unfortunately, Truman has not been able to decrease his smoking and his level of anxiety has risen. On his last visit of 12-01-04, Truman was having less but still some shortness of breath on and off. What was more apparent was his increase level of anxiety. He states that he has been under a lot of work related stress and is unable to cope with it. His wife related a significant level of insomnia, nightmares, and headaches. His overall performance and self esteem have decreased. He continues to smoke. "I feel exhausted and very tired". Clinically, he was doing better from his lung sounds but his overall mental-psycological status was diminished. He was more restless, looked sadden, unshaven, and uncombed. He advised me that he was thinking of unloading his work load. Based on his overall health and mental condition, I feel it would be very beneficial for him to flollow up on his plans. He is at the verge of having a serious mental letdown if this is not done immediately. Also, I have advised him to continue seeing his psychiatrist in Austin, or someone here if he so desires. He agrees to see his doctor in Austin. In summary, I feel that Truman is facing some very serious medical problem, including pulmonary decompensation, heart failure, and mental collapse, if he does not make some immediate life style changes which include stop smoking, compliance with his medical regimen and total stress/work modifications.

Roberto C. Ruiz, M.D., FAAFP