IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | CIVIL ACTION NO |
| Plaintiff | § | B-04-096 |
| v. | § | JURY TRIAL REQUESTED |
| TEXAS STATE TECHNICAL COLLEGE, AND INDIVIDUAL DEFENDANTS, DR. J GILBERT LEAL, PRESIDENT TSTC - HARLINGEN, PAT HOBBS, DEAN OF INSTRUCTION, ZULEMA GARZA, DIVISION DIRECTOR – CIS, LEONEL GOMEZ, DEPARTMENT CHAIR – CST SUED IN THEIR INDIVIDUAL CAPACITIES | § | |
| *Defendants* | § | |

## ORDER

On this day came on for consideration the Plaintiff's Motion to allow the Plaintiff's Attorney in Charge to withdraw from this above cited cause due to a chronic and incurable medical issue.

Upon consideration of the merits I find that this Motion has merit and it is therefore GRANTED.

It is further ORDERED that this cause is abated for 45 days for allow the Plaintiff to seek other counsel and at that time a new Pre-Trial Scheduling Order will be entered.

ENTERED this \_\_\_\_\_ Day of _____ 2005

_____
UNITED STATES DISTRICT JUDGE