IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

# ORDER

The court hereby orders that a <u>telephonic</u> status conference will be conducted on **June 8, 2005**, at **3:30 p.m.**, at which time all pending motions will be addressed. Terence L. Thompson is ordered to arrange for the conference to be held telephonically using a commercial service; however, everyone must use a land-based line (i.e., no cell phones) and contact the court coordinator in advance to arrange same.

Signed this 2nd day of June, 2005.

Andrew S. Hanen
United States District Judge