IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOHN P. HARRISON              §
                              §
VS.                           §      CIVIL ACTION NO. B-04-096
                              §
TEXAS STATE TECHNICAL COLLEGE §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.    ☐ Bench    ■ Jury

2. New parties must be joined by:                                    __N/A__
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    October 14, 2005

4. The defendant's experts must be named with a report furnished by:    November 30, 2005

5. Discovery must be completed by:                                   December 30, 2005

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                             January 13, 2006

    Non-Dispositive Motions will be filed by:                        February 24, 2006

************************  The Court will provide these dates.  ************************

7. Joint pretrial order is due:                                      February 24, 2006
    *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                March 2006

9. Jury Selection is set for 9:00 a.m. on:*                          March 2006

The case will remain on standby until tried.

   Signed this the 10th day of August, 2005.

                                        _____
                                              Andrew S. Hanen
                                              United States District Judge

XC: ALL COUNSEL OF RECORD