IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JON HARRISON | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-096 |
| TEXAS STATE TECHNICAL COLLEGE, and Individual Defendants, DR. J. GILBERT LEAL, PRESIDENT TSTC-HARLINGEN PAT HOBBS, DEAN OF INSTRUCTION, LEONEL GOMEZ, DEPARTMENT CHAIR | § § § § § § | |

### ATTORNEY MIGUEL SALINAS' MOTION TO SUBSTITUTE AS ATTORNEY IN CHARGE

COMES NOW, MIGUEL SALINAS and asks this court to allow him to substitute as attorney of record and in support would show the Court as follows:

1. Jon Harrison is the Plaintiff in this cause. Mr. Harrison was represented by attorney Truman Dean. The Defendants are Mr. Harrison's former employer, Texas State Technical College, College President Dr. J. Gilbert Leal, Pat Hobbs, Dean of Instruction and Department Chair Leonel Gomez.

### A. Introduction

2. Plaintiff sued Defendant for wrongful and unlawful termination pursuant to the United States Constitution and 42 U.S.C. §1983.

### B. Argument

3. The Court has previously granted attorney's Truman Dean's Motion to Withdraw as attorney in charge and has orally allowed Miguel Salinas to Substitute as attorney in charge.

4. Miguel Salinas will be substituted as the attorney in charge for Plaintiff Jon Harrison. Miguel Salinas' Federal I.D. No. is 15171. His Texas State Bar No. is 17534750. His office address, telephone and fax number are:

803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115, Telephone
956/550-1134, Telefax

5. All the parties approve of the substitution of counsel. The substitution of attorney will not delay these proceedings.

### C. Conclusion

6. For these reasons, Miguel Salinas asks this court to sign an order granting his Motion to Substitute as attorney in charge for Plaintiff Jon Harrison.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: *[signature]*
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax