IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON HARRISON | § § § | |
| VS. | § § § | CIVIL ACTION NO. |
| TEXAS STATE TECHNICAL COLLEGE, and Individual Defendants, DR. J. GILBERT LEAL, PRESIDENT TSTC-HARLINGEN PAT HOBBS, DEAN OF INSTRUCTION, LEONEL GOMEZ, DEPARTMENT CHAIR | § § § § § | |

### ORDER ON MIGUEL SALINAS' MOTION TO SUBSTITUTE AS ATTORNEY IN CHARGE

On _____, 2005, the Court considered Miguel Salinas' Motion to Substitute as Attorney In Charge for Plaintiff Jon Harrison. After considering the Motion, the Court;

GRANTS Miguel Salinas Motion to Substitute as Attorney in Charge for Plaintiff.

SIGNED on _____, 2005.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Miguel Salinas