# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# –BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al., | § | |
|     Defendants. | § | |

## ORDER

Pending before the Court is Miguel Salinas' Motion to Substitute as Attorney in Charge for Plaintiff Jon Harrison. [Docket No. 18] Said motion is hereby **GRANTED**. This Order also serves as a written memorialization of the fact that the Court **GRANTED** Truman Dean's Motion to Withdraw as Attorney in Charge [Docket No. 14]. Defendant's Motion to Extend Scheduling Order Deadlines [Docket No. 13] is hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 7th day of October, 2005.

_____
Andrew S. Hanen
United States District Judge