IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § § § | |
| VS. | § | CA. B-04-096 |
| TEXAS STATE TECHNICAL COLLEGE, et al. | § § § § | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

TO:  Texas State Technical College, et al, Defendants by and through their attorney of record:
Terence L. Thompson, Asst Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Via telefax: 512/320-0667 and Certified Mail, Return Receipt Requested

**INTERROGATORY 1:** Identify each person answering these interrogatories, supplying information, or assisting in any way with the preparation of the answers to these interrogatories.

**ANSWER:**

**INTERROGATORY 2:** Identify every person with knowledge of relevant facts and summarize each person's knowledge and opinions.

**ANSWER:**

**INTERROGATORY 3:** Identify all persons or entities that have possession, custody, or control of documents relevant to this suit and the documents over which they have possession, custody, or control.

**ANSWER:**

**INTERROGATORY 4:** For any statements that have been taken from Defendants or taken on Defendant's behalf, relating to the facts that are the subject of this litigation, please state the following:

    A.    The identity of the person who gave or made the statement.
    B.    The substance of the statement.
    C.    The date when the statement was taken.
    D.    The identity of the person who took the statement.
    E.    Whether the statement was reduced to writing.
    F.    The present location of the statement and the identity of the person now in possession of the statement.
    G.    Whether Defendant will, without a formal request to produce, attach a copy of all statements described in the answer to this interrogatory.

**ANSWER:**

**INTERROGATORY 5:** For each specific denial and/or affirmative defense in response to Plaintiff's Complaint, state all facts which support your position, and state the source of your information, including the address and phone number of each source.

**ANSWER:**

**INTERROGATORY 6:** Identify each expert used for consultation who is not expected to be called as a witness at trial (either through live or deposition testimony) if the expert's work product forms a basis, either in whole or in part, of any opinions of any testifying expert. *NOTE*: This interrogatory includes any consulting expert who generated reports, calculations, or documents *reviewed* by any expert who may testify or who talked with any expert who may testify.

**ANSWER:**

**INTERROGATORY 7:** Of the persons identified in your answers to Interrogatory No. 2, state which of these persons may be called upon to render a lay opinion of any kind at the trial of this case and, for each, describe in detail the substance of the subject matter upon which each may be called upon to render such an opinion.

**ANSWER:**

**INTERROGATORY 8:** If any documents relevant to any aspect of or issues in this lawsuit have been lost, misplaced, or destroyed, identify fully each document and describe how it was lost, misplaced, or destroyed.

**ANSWER:**

**INTERROGATORY 9:** If you or your associates have ever talked to Plaintiff or Plaintiff's agents, servants, employees, friends, partners, or anyone in the employ of Plaintiff regarding the incident or the reasons why Plaintiff was terminated or have any knowledge, either directly or indirectly, of any statement or admission of any kind made by Plaintiff or anyone acting on Plaintiff's behalf regarding the incident or the reasons for Plaintiff's firing or any other fact that might be relevant to this lawsuit, describe the statement and/or admission and identify who made the statement or admission, and the date it was made.

**ANSWER:**


**INTERROGATORY 10:** Identify all written or oral complaints made to you or your organization in the last 10 years to the present by any person, union, or other entity regarding violations of freedom of speech, freedom of association or any unfair labor or employment practices.

**ANSWER:**


**INTERROGATORY 11:** Identify every lawsuit filed in the last 10 years to the present against you or your predecessor or successor corporations alleging any cause of action for deprivation of constitutional protected rights, discrimination, wrongful discharge, or unfair labor or employment practices.

**ANSWER:**


**INTERROGATORY 12:** Identify every settlement agreement that you have entered into in the last 10 years through the present with any person, party or entity where they alleged that you wrongfully discharged an employee or engaged in unlawful discrimination, wrongful discharge, deprivation of constitutionally protected rights, or unfair labor or employment practices.

**ANSWER:**


**INTERROGATORY 13:** Identify all facts, proof, or evidence which support your contention that the Plaintiff was not terminated, demoted, or passed over for promotion because of his exercise of constitutionally protected rights.

**ANSWER:**

**INTERROGATORY 14:** Identify all facts, proof, or evidence that support your contention that Dr. J. Gilbert Leal, Pat Hobbs, and Leonel Gomez are not liable in their individual capacity.

**ANSWER:**

**INTERROGATORY 15:** Describe in specific detail the events leading up to and following the non-renewal of Plaintiff's contract.

**ANSWER:**

**INTERROGATORY 16:** If Defendants contend Plaintiff's speech use or use of e-mail was not a matter of public concern and protected by the First Amendment, state with particularity all facts supporting the contention.

**ANSWER:**

**INTERROGATORY 17:** If Defendants' contend Plaintiff's right to associate in groups as protected under the First Amendment, and as alleged in paragraph 11 of Plaintiff's Original Complaint, was not violated by the Defendants, state with particularity all facts supporting the contention.

**ANSWER:**

**INTERROGATORY 18:** Please state with particularity all personnel actions, for example but not limited to, reprimands, probations, and suspensions, taken against Plaintiff while employed at TSTC.

**ANSWER:**

**INTERROGATORY 19:** State whether an internal investigation or administrative hearing was conducted by Defendants and whether any reports were issued.

**ANSWER:**

**INTERROGATORY 20:** State whether Defendants' have a progressive disciplinary policy and whether Plaintiff's termination was done in compliance with the disciplinary policy.

**INTERROGATORY 21:** Identify every expert witness you may call to testify at trial through live or deposition testimony.

**ANSWER:**