IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## ORDER

Before the Court for consideration is Defendants' Motion to Compel Discovery, Motion for a Protective Order, and Motion to Extend Scheduling Order Deadline for Filing Dispositive Motions. Having considered Defendants' motions, and any responses thereto by Plaintiff, the Court is of the opinion that the motions have merit and that they should be granted.

It is therefore Ordered that the current dispositive motions deadline is extended by 45 days until February 27, 2006. It is further Ordered that the following scheduling order deadlines are also extended: _____. As to any remaining deadlines, a new scheduling order will be issued by the Court.

Plaintiff's written discovery propounded to Defendants on or about December 29, 2005, is Ordered stricken as untimely.

Plaintiff is hereby Ordered to fully and completely answer and/or respond to, without objection, the written discovery propounded to him by Defendants on November 23, 2005, within 10 days of the date of this Order. Failure to do so will result in sanctions by this Court. In addition, this Court imposes the following sanction on _____ for Plaintiff's complete failure to respond to this written discovery from the Defendants: _____.

SO ORDERED.

Signed this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE