IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON P. HARRISON § | |
|     Plaintiff § | |
| § | |
| vs. § | Civil Action No. B-04-096 |
| § | |
| TEXAS STATE TECHNICAL COLLEGE, § | |
| *et. al* § | |
|     Defendants § | |

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY, MOTION FOR A PROTECTIVE ORDER, AND MOTION TO EXTEND SCHEDULING ORDER DEADLINE FOR FILING DISPOSITIVE MOTIONS

TO THE HONORABLE ANDREW S. HANNEN:

Co-Counsel for Plaintiff, Jon Harrison, John E. Schulman submits his Sworn Statement, attached as Exhibit A to supplement the contemporaneously filed Plaintiff's Response to Defendant's Motions and hereby respectfully requests a status conference.

Respectfully submitted,

"*s/* John Schulman"
THE SCHULMAN LAW FIRM, P.C.
John E. Schulman
SBN 17833500/ Fed. I.D. 6959
9400 North Central Expressway, Ste 416
Dallas, Texas 75231
214-361-2580 telephone
214-361-6580 facsimile
jschulman@schulmanlaw.com
CO-COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by United States mail on this the 2nd of February 2006, to the foregoing attorney of record:

Mr. Miguel Salinas
803 Oil Port Isabel Road
Brownsville, Texas 78521
SBN: 17534750/FID: 15171
Telephone: (956) 550-1115
Facsimile: (956) 550-1134
ATTORNEY IN CHARGE FOR PLAINTIFF

Terence L Thompson
Office of Attorney General
P O Box 12548
Austin, TX 78711-2548
Telephone: 512-463-2120
Fax: 512-320-0667 fax
LEAD ATTORNEY FOR DEFENDANT

                                                  "*s/* John Schulman"
                                                  John E. Schulman
                                                  Co-Counsel for Plaintiff