IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON HARRISON § § § | |
| VS. § | CIVIL ACTION NO. B-04-096 |
| § | |
| TEXAS STATE TECHNICAL COLLEGE, § and Individual Defendants, DR. J. GILBERT § LEAL, PRESIDENT TSTC-HARLINGEN § PAT HOBBS, DEAN OF INSTRUCTION, § LEONEL GOMEZ, DEPARTMENT CHAIR § | |

### ORDER ON PLAINTIFF RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY, MOTION FOR PROTECTIVE ORDER, MOTION TO EXTEND SCHEDULING ORDER DEADLINE FOR FILING DISPOSITVE MOTIONS AND PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

On _____, 2006, the Court considered the Party's Motions. After considering the Motion, the Court;

DENIES Defendants' Motion to Compel Discovery, Motion for Protective Order, Motion to Extend Scheduling Order Deadline for Filing Dispositive Motions. The Court also orders a status conference on _____, 2006.

SIGNED on _____, 2006

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
MIGUEL SALINAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Response to Defendants' Motion to Compel et al., via telefax and regular mail on this 2nd day of February, 2006, to the following attorney of record:

Terence L. Thompson
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512/320-0667 Telefax

Miguel Salinas