IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHN P. HARRISON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |

## Amended Scheduling Order

1. Trial: Estimated time to try: __3__ days.         ☐ Bench   ■ Jury

2. New parties must be joined by:                              N/A
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   October 14, 2005

4. The defendant's experts must be named with a report furnished by:   November 30, 2005

5. Discovery must be completed by:                             December 30, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                       **March 31, 2006**

   Non-Dispositive Motions will be filed by:                   **May 5, 2006**

************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:                                **May 5, 2006**

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:          **May 30, 2006**

9. Jury Selection is set for 9:00 a.m. on:*                    **June 1, 2006**

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

   Signed this the 10th day of February, 2006.

                                                    _____
                                                    Andrew S. Hanen
                                                    United States District Judge

**XC: ALL COUNSEL OF RECORD**