IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## DEFENDANTS' MOTION TO ENLARGE DISPOSITIVE MOTIONS DEADLINE

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal ("Leal"), Pat Hobbs ("Hobbs"), Zulema Garza ("Garza"), and Leonel Gomez ("Gomez") (collectively, "Defendants"), by and through the Attorney General of Texas, Greg Abbott, and the undersigned Assistant Attorney General, file this Motion to Enlarge Dispositive Motions Deadline. In support thereof, Defendants would show the Court as follows:

1. On February 10, 2006, this Court entered an Amended Scheduling Order that is currently in effect.

2. The Scheduling Order makes today, March 31, 2006, the deadline to file dispositive motions.

3. On Wednesday, March 29, 2006, the husband of one of the lawyers in our Division died unexpectedly from complications following a routine appendectomy. His funeral was yesterday afternoon. The attorney in charge for Defendants, Mr. Thompson, was scheduled to travel to Harlingen yesterday and today to finalize Defendants' motion for summary judgment and affidavits in support. His trip had to be canceled and is rescheduled for next Monday, April 3, 2006.

4. Defendants move that their dispositive motions deadline be extended until Tuesday, April 4, 2006.

5. Defendants' counsel has been unable to reach either counsel for Plaintiff to ascertain if this motion is opposed or unopposed, but will continue to attempt to do so and will inform the Court of any opposition.

WHEREFORE, Defendants pray that this motion be granted.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief General Litigation Division


/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689
SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent by electronic notification on March 31, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

                                       /s/ Shelley N. Dahlberg
                                       SHELLEY N. DAHLBERG
                                       Assistant Attorney General