IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

**ORDER**

Before the Court for consideration is Defendants' Motion to Enlarge Dispositive Motions Deadline. Having considered Defendants' motion, and any response thereto by Plaintiff, the Court is of the opinion that the motion has merit and that it should be granted.

It is therefore Ordered that the current dispositive motions deadline is extended from March 31, 2006, until April 4, 2006.

SO ORDERED.

Signed this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE