# EXHIBIT B

## DECLARATION OF STANLEY PAT HOBBS

1.   My name is Stanley Pat Hobbs.  I'm known as Pat Hobbs.  I have been employed for
     fifteen years with Texas State Technical College ("TSTC") as its Harlingen campus.  I
     currently hold the position of Vice President for Student Learning.  Before that, I was
     Dean of Instruction, having served as Associate Dean of Instruction prior to that time.

2.   I have known the Plaintiff, Jon Harrison, since I came to TSTC–Harlingen in 1991.  At
     times, he reported directly to me.  At all times, I have been his direct or indirect
     supervisor.

3.   While I have never found Mr. Harrison to be particularly congenial or cooperative in my
     dealings with him over the years, the situation became particularly problematic when Mr.
     Harrison's conduct got increasingly more and more belligerent, combative, disruptive and
     unprofessional in late 2000 and thereafter.  Mr. Harrison's program chair, Mr. Leonel
     Gomez, had much more first hand knowledge of these issues than I did, but I was
     nevertheless kept apprised of several performance and behavior problems that his
     supervisors and I attempted to deal with during this time.  For example, in November of
     2000, I assigned Brenda Parker to implement a professional development plan for Mr.
     Harrison, in response to student complaints about his attitude and behavior, which
     included making unannounced visits to observe Mr. Harrison's classes.  Mr. Harrison
     reacted angrily to the plan and publicly abused Ms. Parker when she was present while he
     was teaching.  He called our attempt to improve his performance unethical.  Mr. Harrison
     was also involved in an incident where he used profane language on campus at a time
     when another instructor and a student were nearby.  This was not uncommon conduct on
     Mr. Harrison's part but this particular instance resulted in a serious complaint, and a
     written notation in Mr. Harrison's last performance review.  Another incident which I
     found particularly offensive was Mr. Harrison referring to a female staff person, in
     writing, as "an ignorant bitch on wheels."  On many occasions, Mr. Harrison derided and
     ridiculed our students, calling them in my presence "the dregs of society."  His behavior
     and attitude was very troubling.

4.   In light of what I knew was happening, I was not surprised when Leonel Gomez and Sue
     Garza came to me in April of 2002 with a request that something be done about Mr.
     Harrison's situation before his contract was renewed for the Fall term.  Their concerns
     were summarized in a memorandum dated April 10, 2002, which, along with documents
     they provided to me, I then forwarded to Dr. Gilbert Leal with my recommendation that
     Mr. Harrison's contract not be renewed.  This entire packet of materials is attached as
     Exhibit 1 to this declaration.  All of the documents in this packet are business records of
     TSTC, made and kept in the ordinary course of business by persons with knowledge of
     their contents.  I am one of the custodians of these records.

5.    I do not take non-renewal decisions lightly, in any case, including this one.   The reasons for my recommendation are summarized in Exhibit 1.  I believed at the time, and still believe, that the decision not to renew Mr. Harrison's contract was appropriate and in the best interest of TSTC.   At some point, an instructor's conduct and attitude can become so inappropriate and detrimental to the business interests of the institution that the best thing to do is end the relationship.  I believe that we had come to that point with Mr. Harrison.

6.    The factors that caused me to recommend that Mr. Harrison's contract be non-renewed had *nothing* to do with Mr. Harrison's membership in the Texas Faculty Association ("TFA") or any union-related activities.   I did not even know at the time I recommended non-renewal of his contract that he was a TFA member.  In all the years I have known Mr. Harrison have I have never heard of or witnessed any conduct on Mr. Harrison's part that could be considered as "union" organizing or promoting membership in TFA, or the bringing of complaints or grievances on behalf of TFA members, or any such thing. Not only was I unaware that Mr. Harrison belonged to TFA, or any union, TFA itself was not involved in campus activities or issues in the summer of 2002 when this decision was made.  There was no reason for me to even consider this subject as part of the process of recommending the non-renewal of Mr. Harrison's contract, and I in fact did not consider this.

7.    I have reviewed the incidents described by Mr. Harrison in his response to Defendants' interrogatories in this case as being those that he claims form the basis of his suit.   The only response by Mr. Harrison that even references "union" activities appears in a January 25, 2002, memo (email) to David Turberville of the Faculty Senate regarding Mr. Harrison's complaints about what he calls his "oppressive workload." I was not copied on this document and I was never provided a copy, or informed of this "union" reference in it, by anyone prior to discovery in this lawsuit. It played no role whatsoever in my decision making regarding Mr. Harrison, as I had no knowledge of it.

8..    I have personal knowledge of the facts stated in this declaration, and I declare under penalty of perjury that the foregoing is true and correct.

        Executed on April 4, 2006.

                                        _____/s/ Pat Hobbs_____
                                        STANLEY PAT HOBBS

# EXHIBIT 1 TO DECLARATION OF PAT HOBBS

# *INTEROFFICE MEMO*



Texas State
Technical College

Harlingen

| | |
|---|---|
| **Date:** | June 12, 2002 |
| **Ref. No:** | PH:032:01-02 |
| **To:** | Dr. J. Gilbert Leal,  President |
| **From:** | Pat Hobbs,  Dean of Instruction |
| **Subject:** | **Contract Non-Renewal Recommendation—Jon Harrison, CST Faculty** |

As Dean of Instruction for TSTC Harlingen, I hereby recommend the contract non-renewal of Mr. Jon P. Harrison, faculty member of our Computer Science Technology Program.  The entire CST faculty and staff, including Sue Garza, Division Director, have presented a large array of material (attached) to document that Mr. Harrison's unprofessional attitudes and behavior towards students, other faculty and staff, and the administration are detrimental to the operations of the CST program and, therefore, the College as a whole.

Mr. Harrison's belligerent and uncooperative conduct in and out of the classroom have been a source of constant disruption for the CST program for a number of years, and it is felt by all that his replacement will benefit the vitality of the CST program and the building of a harmonious work environment within the Electronics and Computer Technology Building.  Efforts by current and previous Department Chairs and the Division Director to reform Mr. Harrison's attitudes and behavior, and this final action of non-renewal is considered by all to be in the best interest of the program and the College.

I ask that you review the materials presented in favor of this non-renewal request, and conduct whatever interviews you like with the Department Chair, Leonel Gomez, and Sue Garza, Division Director to determine whether you concur with our request.  Should you concur, I would ask that your office prepare and distribute the non-renewal letter to Mr. Harrison.

Thanks in advance for your consideration of this request.

Cc: Mary Prepejchal, HR Director
     Sue Garza, Division Director
     Leonel Gomez, Department Chair—CST

Attachment: Program Documentation Materials



# TSTC Harlingen

Texas State Technical College

Interoffice memo

| | |
|---|---|
| Date: | April 10, 2002 |
| Reference Number: | lg01:2002 |
| To: | Sue Garza, CIS Division Director |
| From: | CST Faculty |
| Subject: | Mr. Jon Harrison, Senior Instructor, CST Department. |

This memo addresses the problems the CST Department, as a whole, is having with Mr. Jon Harrison. For some time now, Mr. Harrison's attitude toward the students, CST Department, TSTC Administration and TSTC in general, has been very unprofessional.

Mr. Harrison's constant sarcasm and negative attitude towards every aspect of daily work has been well documented and is seriously hurting the moral of the department. He is treated with respect, but does not return the respect he is afforded.

Mr. Harrison has stated his opinion that TSTC consistently recruits students "from the bottom of the barrel", both in and out of the classroom. We feel his unprofessional behavior is reflected in the quality of his instruction, and is a major cause of student attrition within the department.

The CST Department is asking that something be done to rectify this situation.

Sincerely,

_Leonel Gomez_, CST Program Chair

_Dennis Althoff_, CST Senior Instructor

_Tony Lozano_, CST Lab Assistant II

Agreed: _Sue_ 4/11/02

From:      jon harrison
To:        gomez, leonel
Date:      Thu, Sep 7, 2000  2:55 PM
Subject:   Re: regarding my last e-mail (STUDENT COUNT)

>>> leonel gomez 09/07/00 02:38PM >>>
ONLY CST STUDENTS WHO HAVE PAID....

We have a multi-million-dollar management information system which our administrators are too stupid
to use.  If they want this information out of their computer system, why don't they ask their computer
system for it?

That said, I'm teaching 3 CST classes:

ITSE 1331.04—
Total students on paid class roster dated 9/6/00:  4
CST majors in the above count:  3
Number of people Collegue and I think are actually registered:  12
Actual number of bodies who attended the last class:  11

ITSE 1331.31—
Total students on paid class roster dated 9/6/00:  10
CST majors in the above count:  3
Number of people Collegue and I think are actually registered:  22
Actual number of bodies who attended the last class:  15

ITSE 1391.01—
Total students on paid class roster dated 9/6/00:  10
CST majors in the above count:  6
Number of people Collegue and I think are actually registered:  14
Actual number of bodies who attended the last class:  11

I think the paid class rosters are pretty worthless at this point in time.  Perhaps the office staff has put a
lower priority on recording payments than they have on drops and adds.

JPH

*UNPROFESSIONAL BEHAVIOR
INSULTING
ABUSIVE
TOWARDS COLLEAGUE*

## sue garza - Re: Late Registration

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | gomez, leonel |
| **Date:** | 5/7/2002 3:22 PM |
| **Subject:** | Re: Late Registration |

You have got me scheduled to work 8AM-5PM solid (with noon-1 off for lunch) MWF for the summer semester. If somebody else promises to actually go to G-135 at 3PM—so that if any little lost sheep tries to show up there for Systems he won't think he's been forgotten—I suppose I can do it.

The whole idea is a case of serious self-delusion on Hobbs' part. This is the slowest registration I've ever seen. In my 1-3PM shift today, exactly NOBODY came to the CST table. I think he's playing at "Uncle Adolf," sitting in the bunker waiting for the SS Panzer Army to counterattack and drive the Russians away from Berlin.

JPH

>>> leonel gomez 05/07/02 03:11PM >>>
Gentlemen,

Dean Hobbs wants someone from the department to " **man the desk** " at the field house for late registration tomorrow 9-6pm. So I have developed the following schedule:

Dennis 9 - 12pm (at his request)
Leo 12 - 2pm
Jon 2 - 4pm
Tony 4 - 6pm

Jon and Tony if this doesn't work for you let me know when you can be available, and we'll work something out.

Leo

ue garza - Fwd: You wanted to know!!

| From: | Sue Garza <sue_garza@yahoo.com> |
| To: | <sue.garza@harlingen.tstc.edu> |
| Date: | 10/9/2000 8:44 AM |
| Subject: | Fwd: You wanted to know!! |

*leonel gomez <leonel.gomez@harlingen.tstc.edu> wrote:*

Date: Thu, 05 Oct 2000 15:19:28 -0500
From: "leonel gomez"
To:
Subject: You wanted to know!!

THIS IS WHAT I GOT FROM HIM....SUE I DON'T NEED THIS NOT NOW!!!

There are limits.

Remember that you (and Sue) have stuck me with miserable work
schedules for the last quarter and semester in a row, and you plan to
do it again next semester. Furthermore, this requires working closely
with Cathy Maples, and I LOATHE the woman... in part because she is
stupid enough to take this sort of bumpf seriously, and venal enough
to try to make herself look good by enforcing its requirements on her
subordinates without mitigation.

That is all not supposed to matter, but here is what does. You have
already got me teaching what in any other institution would be at
least a 25% overload. Furthermore, you have me developing two new
courses on the fly, while I teach them for the first time. A person
is supposed to have a light load when he develops one new course, much
less two. There are only so many hours in a day. Given the amount of
paperwork Maples is going to want on this project, I am just not going
to be able to make her deadline and keep up with my present workload.
If I try to work a lot more overtime, I will just get sick and
everything will not get done on time anyway. Something has got to
give. If you want me to do this, you are going to have to take away
something that I am now doing.

Now about the choice of a course... We had better not pick a course
that is currently under development, because we do not yet really know

the right way to teach those courses. If forced to document those courses now we will make mistakes--maybe big ones--and then we will be forced to repeat those mistakes indefinitely by idiots who make site visits and compare what we do with what we documented. This means our choice should be restricted to courses that did not change much between our old curriculum and WECM, perhaps:

ITSC 1305 - Introduction to PC Operating Systems
ITSE 1318 - Introduction to COBOL Programming
ITSE 1326 - Fortran Programming
ITSE 1350 - System Analysis & Design
ITSE 2309 - Introduction to Database Programming
ITSE 2351 - Advanced COBOL Programming
ITSE 2370 - Program Maintenance and Conversion
ITSW 1306 - Unix Operating System I

Old, little-changed courses that we should not pick are:

ITSE 1391 - Special Topics in Computer Programming, because Maples just does not comprehend the "Special Topics" concept,
ITSE 2345 - Data Structures, because I doubt that anyone remembers how to teach it, and
ITSE 2275 - Final Project I and ITSE 2376 - Final Project II, because they just do not fit into a highly-structured format.

I think the best choice is ITSE 1350 - System Analysis & Design, because:

1) The CD-ROM that comes with the text has draft lesson plans and a test bank (and we do not have to admit that they exist before the documentation project starts, maybe ever).

2) The large number of SCANS competencies allocated to Systems could be used perversely to our advantage. They make the whole concept of documenting that course so complex that Maples may give up on reviewing it closely.

3) When we change the textbook for the course, even the dumbest site visitor ought to be able to recognize that as justification for some deviation from the documentation.

I think it is utterly unreasonable for Hobbs and Maples to expect completion of these unit plans during this quarter after excessive work/teaching assignments have already been made. If they did it next quarter, and gave the people working on the unit plans some release time in which to do it, that might make some sense.

JPH

**From:**     jon harrison
**To:**       gomez, leonel
**Date:**     Mon, Sep 18, 2000 12:15 PM
**Subject:**  Visual Basic, again

Consider people adding the class late. Given that we have to lead people by the hand, this makes matters really difficult... particularly since the folks who showed up on time have to tread water while the sad sacks are brought up to date.

Two people added ITSE 1331.04 on Monday, the 11th, and two others added ITSE 1331.31 on the same day. According to Dennis' sign-in sheet, three more added ITSE 1331.31 on Wednesday the 13th:

Garza, Rene     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    CMT
Lloyd, Robert   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    NIM
Wassen, Fernando   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    Major unknown

for a total of 26 registered, 24 actually attending, and 21 showed as "paid" on the official 6th day class roster.

Is there ever a limit on this?

JPH

**From:**      jon harrison
**To:**        gomez, leonel
**Date:**      Wed, Nov 1, 2000  9:54 AM
**Subject:**   Re: Fwd: Site Visit Update

You're probably right about the meetings.

However, let me share with you something Mike Omar told me before the last CCB site visit.

It's all show, and there's no point in worrying about it.  The CCB site visit team actively tries to avoid finding anything seriously wrong.  They will "find" some small problems to cite in their report to justify their free trip to Mexico, but that's it.  They know that people from here will eventually visit their schools, and they don't want to start any feuds.  Furthermore, the whole system has serious problems, and they don't want to call attention to it by making waves.

You can tell this is their attitude because they only "audit" documentation which has been especially prepared for their review, and they never make any attempt to verify that the documentation represents reality.  Furthermore, they only talk to administrators, never peones.  And they NEVER enter a classroom.

Mike's right;  it's all a charade.

JPH

>>> leonel gomez 11/01/00 09:20AM >>>
FYI...Might be a good idea if some of us went.

leo

**leonel gomez - Fwd: graduation process**

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | gomez, leonel |
| **Date:** | 12/6/2001 9:26 AM |
| **Subject:** | Fwd: graduation process |

FYI--'tis an ill wind that blows no good. The whole process will probably be a whole lot more rational now that Cynthia is in charge.

Jane always struck me as an ignorant bitch on wheels, and very difficult to work with.

JPH

**From:**      pat hobbs
**To:**        Faculty;  program chairs
**Date:**      Thu, Dec 6, 2001  8:43 AM
**Subject:**   Fwd: graduation process

FYI—Cynthia Solis in Admissions will now be in charge of handling "graduate" processing for all
programs since we "stole" Jane Contreras to work here in Instruction with Oscar's office.
Pat

## leonel gomez – graduation process

| | |
|---|---|
| **From:** | elva short |
| **To:** | pat hobbs |
| **Date:** | 12/4/2001 6:23 PM |
| **Subject:** | graduation process |
| **CC:** | jackie gilles |

Pat,

Please advise all PC's and appropriate faculty personnel that Cynthia Solis will be handling the graduation process in the admission/registrar's office since Jane has transferred to the Curriculum office.

Thank you, Elva

**leonel gomez - Re: Last Reminder:  Colleague Training**

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | maples, cathy |
| **Date:** | 3/26/2002 10:44 AM |
| **Subject:** | Re: Last Reminder:  Colleague Training |
| **CC:** | gomez, leonel |

The reason I have not attended both the required Colleague advisement training sessions is that you persist in scheduling them early in the mornings (and I teach nights) or in conflict with a class that I am teaching.  Why is it impossible to schedule any of these classes on Tuesday or Thursday afternoons, when I am free to take them?

I canceled most of a class to attend a session yesterday afternoon at 1:30.  It was a complete waste of time—NOT because Dru Duos did a bad job teaching it, but because the system is so poorly designed, written, and implemented (not to mention still under development, hence change) that training is pretty much an exercise in futility.

I think I am supposed to attend advisement training yet.  You show two sessions, one on Thursday and one on Friday.  TSTC ripped us all off for Good Friday, which should be a holiday, and I put in for annual leave for that day.  Your Thursday class conflicts with an ITSC 1309 class in which I am supposed to give a practice test on Excel.

Again, why is it impossible to schedule any of these classes on Tuesday or Thursday afternoons when I am free to take them?

J. P. Harrison

>>> cathy maples 03/25/02 04:29PM >>>
Good afternoon!!

According to a report given to me today, you still have not attended one or both of the required Colleague advisement training sessions. This is the final week of sessions. Please be sure to register with Linda Cavazos by email or at Extension 4950 for the session(s) you still need.

Here is the remaining schedule:

RGN (registration) Training:
Tuesday, March 26 10:30-noon
Wednesday, March 27 8:30-10:00
Friday, March 29 1:30-3:00 (New session!)

FADV (advisement) Training:
Thursday, March 28 10:30-noon
Friday, March 29 10:30-noon

Thanks! Cathy

**leonel gomez - Re: ITSE-1331.30 Nightclass for Fall 2002**

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | althoff, dennis |
| **Date:** | 3/21/2002 12:49 PM |
| **Subject:** | Re: ITSE-1331.30 Nightclass for Fall 2002 |
| **CC:** | gomez, leonel |

T/Th 6-9

Who was the mental giant who came up with the M/W/F 6-8 schedule?  NOBODY will show up for the Friday class.  As a matter of fact, I thought TSTC had a policy of no night classes on Fridays.

JPH

>>> dennis althoff 03/21/02 11:53 AM >>>
Which schedule would you prefer ?

1) M/W/F 6-8

2) T/Th 6-9

**leonel gomez - Fwd: Re: Might this work?**

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | gomez, leonel |
| **Date:** | 3/7/2002 12:48 PM |
| **Subject:** | Fwd: Re: Might this work? |

I read your suggestion below:

"My suggestions is:  Once all courses(minus devel. Labs) have been entered by the Faculty member, Colleague could check all course Dates and Times and assign a LAB that corresponds with the developmental course(s) automatically in an open spot.  This would eliminate the problem with course conflicts and Faculty having to ADD/DROP a student to get him/her in a LAB that will not conflict with any other course.  Just a thought."

You should have known better.  Implementing this suggestion would require that someone involved in the Colleague conversion operation actually know how to program a computer, and that just isn't one of the possibilities.  Color of nose and political correctness have been far more important than technical competence in every selection of anyone who can make a decision in the conversion...  and it shows.

JPH

## leonel gomez - PLEASE pre-register

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | harrison, jon |
| **Date:** | 4/10/2002 10:40 AM |
| **Subject:** | PLEASE pre-register |

Program Chairman Leonel Gomez sent the following message yesterday to the CST faculty. Notice that TSTC is really antsy for everyone who can to preregister for the summer. Notice also that you don't have to pay until the first class day (and if you don't pay then, you are automatically un-registered). What can it hurt? Make Leo feel better; come in and pre-register.

J. P. Harrison

Gentlemen,

Attached is a list of all Spring 2002 CST students who are still active in Colleague as CST Majors and have not Pre-Registered. If you recognize any student please inform them that they need to Pre-Register as soon as possible(some of our classes will not make if they do not register). I have included their phone numbers so you can call them and reminded them to register. As you can see there are 30 students still not Pre-Registered. Remember they DO NOT HAVE TO PAY UNTIL 1ST CLASS DAY.

Thanks

Leo

From:        leonel gomez
To:          jharriso.HARLINGEN_PO.HARLINGEN_DOM
Date:        4/10/02 1:49PM
Subject:     Inappropriate E-mail

Jon,

I was given a copy of an e-mail that you sent out to all your advisees.  While I appreciate your effort to
inform your students about pre-registration, some statements in your e-mail were inappropriate. Your
statement about "Let's make Leo feel better" belittles me and was un-called for. I believe as a long time
co-worker, I deserve more respect than that.

Leonel Gomez

From:       jon harrison
To:         hobbs, pat
Date:       Thu, Nov 9, 2000  2:43 PM
Subject:    Re: Status?

"Class observations on all faculty on whom we have student complaints will be one way that we investigate customer complaints and prove to our customers that we care enough to actually go see what is going on."

The sentence above is profoundly disconcerting when one considers that:

1)  All instructors are not being observed in the manner visited upon me, and

2)  In our contract conference on August 16th you said that there was no problem with my teaching.

Why am I being singled out now?

What evidence do you have against me?

Jon Harrison

>>> pat hobbs 11/06/00 04:03PM >>>
Jon—
As I noted in the General Faculty Meeting, "drop-in" visits from either IDS or instructional administration will be a normal course of business over the next year, as Quality Instruction is the number one goal of the Instructional Division for the next couple of years. I directed Brenda to observe all those faculty for whom I withheld contracts in order to have a little chat with at the beginning of the year, and Cathy and I will be doing other visits as we see fit.
You are not on probation, and this should not be viewed as a punitive measure——it's just part of our attempt to get a good feel for what goes on in the classroom and to make sure that our customers are getting what they paid for. Class observations on all faculty on whom we have student complaints will be one way that we investigate customer complaints and prove to our customers that we care enough to actually go see what is going on. It might also quite possibly be proof that the complaint is unjustified. If you are doing a good job in the classroom, delivering the required instruction in a "positive and customer-friendly" fashion, you have nothing to worry about.
Thanks;  Pat
xxxxxxxxxxxxxxxxxxxxxxxxxxxx

>>> jon harrison 11/01/00 08:25PM >>>
This afternoon Brenda Parker arrived without warning to observe my ITSE 1391 class. She told me that you had ordered her to observe my classes randomly, at least once a month.

This is a very unusual procedure, so unusual as to seem punitive.

What leads you to believe this is necessary? Am I on probation?

Jon Harrison


CC:        garza, sue;  gomez, leonel;  parker, brenda

From:        brenda parker
To:          cathy maples;  pat hobbs
Date:        Mon, Jan 29, 2001  2:33 PM
Subject:     Jon Harrison's Observation

I observed Jon Harrison's 11:00 class today.  I arrived a few minutes early. and when he walked into the
classroom, he saw me and said, "You again?"  Then he walked across the room to the front, looked back
at me, and announced in his "roll call" volume voice, "You are definitely not welcome here, madam!"
Then he proceeded to call roll.

I know most of the "special attention" faculty probably aren't overjoyed with the extra classroom
observations, but all the others have been courteous and understanding of the situation, at least.
Harrison's remarks were totally uncalled for, and I did not respond to him in any way.  I simply did not
want to subject the students to witnessing two rude TSTC employees.  I also did not leave his class—I
remained to observe the class just as I had planned.  However, as you can imagine, this created an
embarrassing situation.  I don't mind if he wants to engage in verbal warfare in private, but I will not
tolerate this kind of behavior from an instructor in front of students when I am carrying out the duties of
my job.

I will appreciate your attention to this matter.

Brenda Parker, Chair
Instructional Development Services


CC:          leonel gomez

**From:**        brenda parker
**To:**          pat hobbs
**Date:**        Thu, Nov 8, 2001 10:10 AM
**Subject:**     Professional Development Plan for Jon Harrison

Good morning and welcome back!

In Jon Harrison's PDP meeting, Jon told me that he believes the unannounced drop-in observations are unethical on both your part and mine. He also believes that I am keeping a secret file on him or that you have such a file, and he would not believe me when I told him otherwise. He still requests notification of reasons why he was on the list of instructors being observed and advance notice of pending observations. My understanding was that he never knew he was going to be observed and that is what he says is unethical—that he should have been informed about it. He wasn't asking to know the exact day and time, but rather that it was going to take place and why.

His main question was "Is it over?" He told me everything will be fine if I stay out of his classes, and I told him I would do so until such a time that you make the assignment again, then I'll be back. He thinks I chose to observe him to gain favor with "my supervisors" rather than carrying out the duties of my position because I knew it was unethical to do so.

His assignment to improve performance in the area of "Exhibiting Professional Behavior Toward Colleagues" is to view the first video of a three-video series, "Negaholics—Dealing with Negativity in the Workplace," and to do the workbook activities, and he already picked up the materials.

Leo certainly contributed to the meeting and had some very good suggestions and most were based on his own experiences. Overall, I felt it was a good meeting, and I wanted to report it to you because Jon still has these unresolved issues on his mind.

Thanks.  Brenda

bparker@harlingen.tstc.edu
Texas State Technical College
(956)364-4614


CC:           cathy maples;  leonel gomez

From:         brenda parker
To:           jon harrison
Date:         Wed, Nov 7, 2001 10:05 AM
Subject:      Video Assignment

Good morning, Jon—

You may pick up the Negaholics workbook and Volume 1 video at your convenience.  Please also take
the survey on pages 11-12.  If you are interested, you may also want to view Volume 2.

Thanks.

Brenda

bparker@harlingen.tstc.edu
Texas State Technical College
(956)364-4614


CC:           leonel gomez

From:       jon harrison
To:         gomez, leonel
Date:       Thu, Feb 1, 2001 10:43 AM
Subject:    Jane

A word about Jane may be appropriate. The primary thrust of her efforts for the last decade has been to transfer work from herself to the program chairmen.

Once upon a time, and within Jane's memory, the Admissions Office was responsible for providing the program chairman with a list of deficiencies for each prospective graduate. If a deficiency was overlooked, it was Admissions' fault, not the program chairman's. They changed from this to providing a very poorly-designed computer report which required the program chairman to comb through it line-by-line to attempt to detect latent deficiencies, and which put the blame on the program chairman if they were not all caught.

Complicating this matter was the complete lack of common sense and "gotcha" attitude with which Jane inflicted these so-called "degree audits" upon the prospective graduates and us. Historically a number of the deficiencies have arisen from clerical omissions in entering our curricula into Admissions' computer system, and Jane and Agustin Rangel have made it as difficult as possible to correct these situations.

Concerning "Jane from admissions will be here next week to start helping me in certifying what degree plans these students are on. Jane tells me this has never been done before!!!"... There is a reason why it was not done before. Whether Jane likes it or not, whether Agustin Rangel likes it or not, by statute a student in a Texas college or university is entitled to graduate under the curriculum in place when he first entered, or under any other degree plan approved between his first registration and his graduation date, subject only to reasonable substitutions for courses no longer offered. Given the fluid nature of TSTC's curricula, each prospective graduate usually has a choice of two or three degree plans under which he can graduate, and you cannot really tell which degree plan will be most to his advantage until reasonably close to his prospective graduation date. Therefore the date a student enters does not actually determine his degree plan; it only sets a limit on the earliest date from which he can pick degree plans.

JPH

**From:**      jon harrison
**To:**        gomez, leonel
**Date:**      Wed, Mar 7, 2001 10:15 AM
**Subject:**   Science and Technology Building air quality

I absolutely believe that "we are woking as fast as we can," and I promise not to "exaserbate" the situation by pointing out that it has taken them FOUR YEARS and a threatened lawsuit to do ANYTHING AT ALL, and they have still not done ONE SINGLE THING to address the problem in any other building... like ours.

JPH

**From:**      jon harrison
**To:**        gomez, leonel
**Date:**      Tue, Mar 20, 2001  1:52 PM
**Subject:**   CB Site Visit Report

See what I meant about their actively trying to avoid finding anything wrong?

I particularly like "TSTC--Harlingen is commended on the professional development opportunities offered to faculty and staff." A bigger stinking pile of crap I don't think I've ever seen in an official report.

JPH

**From:**      jon harrison
**To:**        gomez, leonel
**Date:**      Thu, Apr 19, 2001  3:34 PM
**Subject:**   Re: Fwd: Colleague conversion - down time action plan

Yes. It's embarrassing to be a computer professional in an organization which approves a plan that is this poor.

JPH

>>> leonel gomez 04/19/01 03:28PM >>>
Jon,

You want me to send this up the chain?

Leo

>>> jon harrison 4/19/2001 >>>
Can we send a complaint back up the chain of command on this?

As you well know, there is absolutely no excuse for a month of down time on a computer system conversion. Hasn't Adams ever heard of parallel processing? Can you imagine a bank, say, doing without its accounting system for a month while the computer geeks try to line their ducks up in a row? If whoever is in charge cannot think of a better plan than this, he needs to be removed and replaced by someone who is computer-competent.

Jon Harrison

**From:**      jon harrison
**To:**        CST Program
**Date:**      Thu, May 3, 2001 11:04 AM
**Subject:**   Websense

Speaking of NTS/DNS' latest atrocity, these two sites are blocked:

http://www.censorware.org/
http://www.peacefire.org/

but this one surprisingly isn't:

http://www.despair.com/

JPH

| | |
|---|---|
| From: | jon harrison |
| To: | gomez, leonel; lozano, tony |
| Date: | Tue, May 22, 2001 10:08 AM |
| Subject: | Re: Advisement Training |

Reference Sue Garza's memo, quoted in part:

"I am calling a meeting of the CIS Division for Friday, June 1st, at 10:00 am in the Building W Boardroom and I have already made arrangements for Rich to give us the advisement training mentioned in Pat's email message below. The meeting should take no more than 1-1/2 hours so please make arrangements to have one of your lab assistants cover any class you may have at that time."

I have a routine doctor's appointment scheduled for 8AM in McAllen on the same morning. Depending on how fast the doctor gets around to me, it's problematical whether I can get here exactly by 10AM. Furthermore, I have an 11AM class on Friday (which will probably be "lab," but still...).

Honestly, I'm not at all convinced that this "training" is important enough to justify moving my appointment. (You'd think this bird could just write a memo and give us a copy.) Furthermore, if it is worth listening to, I think Tony ought to hear it too.

Maybe I could attend it at some other time? Or perhaps we should just go with the flow, and if I get here in time to go fine, and if I don't, maybe I can pick it up on some other occasion?

JPH


CC:          munoz, nina

**From:**      jon harrison
**To:**          munoz, nina
**Date:**       Tue, Jun 19, 2001  1:54 PM
**Subject:**   Re: Copies

Somebody in the administration has again demonstrated his serious stupidity (and what else is new?). If people are actually supposed to use the print shop, it should be in a central location.

You could keep track of your mileage and put in for travel expense, say monthly, for going to the print shop. Why don't you start sending print jobs over and back through the campus mail? So what if it adds about two days over and two days back to the time to do a job? We hardly ever use the print shop anyway, and I don't remember long-distance hauling as being in your job description.

JPH

>>> nina munoz 06/19/01 01:45PM >>>
As you know, the Print Shop has moved to the old Levis bldg. Therefore, it's going to be hard getting copies on a daily basis. If any of you have any ideas of how to handle going to and from the print shop, let me know......and "no" we can't use our bldg. copier to do ALL our copies. It won't be able to handle the load.

How does this sound?:

If there are copies to be sent to the print shop, I'll drop them off at 1:30 pm on the day they're given to me and pick them up at 8:00 the next day before I coming to the office. This will give the print shop plenty of time to make the copies. I will NOT be going to the print shop at any other time, so make sure I have your workorders before 1:30.

Let me know what you think, (whether you like this schedule or not). Or, you can volunteer to go to the print shop yourselves......so like I said, let me know what you think.

CC:            gomez, leonel

## leonel gomez - Faculty Workload Procedure

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | CST Program |
| **Date:** | 12/11/2001 10:09 AM |
| **Subject:** | Faculty Workload Procedure |

The nasal appendage of whoever put together the Faculty Workload Procedure circulated with today's memo from Pat Hobbs must have assumed a fine, mahogany hue.

I find the Faculty Load Points table on page one especially interesting. It smells of what we used to call "Chinese overtime"--the more you work, the less you get.

Notice also that "other assignments" and sacred-cow office hours specifically do not generate faculty load points.

The protection all goes one way. If you are given a really excessive work assignment, you may get a piddling few extra dollars... but you can't say "this assignment is excessive, and I don't want it; keep your extra money."

The FLP table should be linear, points should be assigned to non-class duties and those stupid office hours (where one's feet are nailed to the floor, but no students ever show up), and a teacher should be entitled to refuse an assignment over the maximum.

That said, have we any realistic hope of opposing this atrocity, or had we better just pass around the Vaseline?

JPH

## leonel gomez - Colleague training

| | |
|---|---|
| **From:** | sue garza |
| **To:** | harrison, jon |
| **Date:** | 3/27/2002 4:14 PM |
| **Subject:** | Colleague training |
| **CC:** | maples, cathy |

Hi, Jon,

I received a copy of the following email message you addressed to Cathy and would like to respond to it because I think you are being very unfair. Please see my comments in blue below your statements.

Sue

>>> jon harrison 03/26/02 10:44AM >>>
The reason I have not attended both the required Colleague advisement training sessions is that you persist in scheduling them early in the mornings (and I teach nights) or in conflict with a class that I am teaching.

In the earlier messages about the training, Cathy did state that if the training sessions conflicted with our schedules to let her know and she would try to work something out. That is exactly what I did and new sessions that better fit my schedule were added.

Why is it impossible to schedule any of these classes on Tuesday or Thursday afternoons, when I am free to take them?

There were sessions offered on Tu/Th afternoons from 1:30 to 3:00 pm on March 5th, 7th, 12th, 14th, 19th, and 21st—I have the calendar which was sent out to everyone plus there were several email messages sent out also.

You have only one class on Tu/Th (from 11:00 to 12:20 pm) which still would have given you one hour for lunch on those days.

Additionally, you don't have classes on Friday mornings and on March 8th, 15th, and 22nd, there were sessions scheduled for both the FADV and the RGN training. Your night class is on M/W and all this would have meant is that on one of those Friday mornings you would have had to come in early just once.

I canceled most of a class to attend a session yesterday afternoon at 1:30.

Faculty are not allowed to cancel classes for any reason—only the President can cancel classes and we have received several notices and email messages about that.

It was a complete waste of time—NOT because Dru Duos did a bad job teaching it, but because the system is so poorly designed, written, and implemented (not to mention still under development, hence change) that training is pretty much an exercise in futility.

I attended the two sessions last Friday morning and did not find that the sessions were a complete waste of time nor that the training is an exercise in futility—the two sessions I attended were full and there were a lot of questions from everyone there and a lot of interest. Everyone is always complaining that there is no training but even when there is, there are still complaints—so what else is new?

I think I am supposed to attend advisement training yet. You show two sessions, one on Thursday and one on Friday. TSTC ripped us all off for Good Friday, which should be a holiday, and I put in for annual leave for that day. Your Thursday class conflicts with an ITSC 1309 class in which I am supposed to give a practice test on Excel.

Good Friday is not a legal holiday so I don't understand how TSTC ripped us off because of that.

If you attended the FADV session that Dru conducted, then the one you need to take is RGN. Cathy scheduled an extra session (see below) for this morning from 8:30 to 10:00 am when you don't have a class conflict—your ITSC 1309 class doesn't start until 11:00. Yes, you would have had to come in early but if you're taking rescheduled time because of your night class (which is six hours a week), you could make up that rescheduled time on another day since your first class doesn't start until 11:00 am from Monday through Thursday and at

| | |
|---|---|
| **From:** | leonel gomez |
| **To:** | dennis althoff; jon harrison |
| **Date:** | 3/26/2002 11:18AM |
| **Subject:** | Re: Fall, 2002 schedules |

>>> jon harrison 3/25/2002 >>>
I notice that you nice folks have scheduled me for 30 class hours per week for the fall semester. That goes past cruel and inhuman to just plain ridiculous. Nobody can teach that many hours per week without adopting slipshod instruction methods hitherto unknown even here at TSTC.

Jon..the reason we all have heavy Fall 2002 schedules is because Tony might not be able to teach in the Fall semester, because he's going back to school. Also, please note that Dennis has **33** class hours and I might have **23+** hours if we have to cover the 2 sections of Visual Basic with STAFF as Instructor.
====================================================
None of these loads can be dealt with satisfactorily by a normal human. Have you considered canceling sections until we get down to a reasonable work load? A bunch of the sections won't make anyway. Why don't we kill them now?

I cannot cancel these classes because we have offer them to follow the Cohorts. If the classes do not make, then we'll cancel them, but not until I know that they'll make or not.
====================================================

I realize that this may be a ploy to get the administration to hire another instructor. But what if it goes sour and they don't? Hobbs is just mean enough to make us try to teach these loads.

**There is <u>NO</u> ploy to get administration to hire another instructor, I have already been told that we CANNOT hire another Instructor unless <u>WE</u> increase our enrollment!!....otherwise; we'll all be out of a job. Then we won't need another instructor.**
====================================================

And by the way, what is INEW 2330?

**INEW 2330** is the new WECM number for Projects I. See:

http://www.thecb.state.tx.us/ctc/ip/wecm2000/main.htm


Leo