# PART 2 OF EXHIBIT B
# TO DEFENDANT'S
# MOTION FOR SUMMARY
# JUDGMENT
# (Continuation of Exhibit 1 to
# Declaration of Pat Hobbs)

1:00 pm on Friday.   I understand that it makes for a very long day for you because of your night class tonight but, Jon, whose fault is it that you did not attend any of the six Tu/Th afternoon sessions mentioned above?

Again, why is it impossible to schedule any of these classes on Tuesday or Thursday afternoons when I am free to take them?

They were—six of them and you didn't attend any.

J. P. Harrison

>>> cathy maples 03/25/02 04:29PM >>>
Good afternoon!!

According to a report given to me today, you still have not attended one or both of the required Colleague advisement training sessions. This is the final week of sessions. Please be sure to register with Linda Cavazos by email or at Extension 4950 for the session(s) you still need.

Here is the remaining schedule:

RGN (registration) Training:
Tuesday, March 26 10:30-noon
Wednesday, March 27 8:30-10:00
Friday, March 29 1:30-3:00 (New session!)

FADV (advisement) Training:
Thursday, March 28 10:30-noon
Friday, March 29 10:30-noon

Thanks! Cathy

## leonel gomez - Re: Fall, 2002 schedules

**From:**     jon harrison
**To:**       althoff, dennis;  gomez, leonel
**Date:**     3/26/2002 2:35 PM
**Subject:**  Re: Fall, 2002 schedules

The cohort concept failed years ago under another name. Nobody in his right mind thought it was going to work this time either.

I think Hobbs has gone off the deep end. Ordering us to teach 24 class hours a week plus go out and at the same time recruit twice as many students as we now have is about as rational as Hitler's ordering his panzer divisions to concentrate around Berlin for a grand counterattack in April of 1945.

Or maybe he's just following orders like you are... but the greater the difference between what an organization says and what it does, the sicker it is. When you order people to do things which are manifestly impossible, weird things happen.

JPH

>>> leonel gomez 10/05/00 10:36AM >>>

Jon,

Since you're the only Senior Instructor for the CST, I am asking for
your help. Please read the following and let me know which
course(choose the simplest course) will be used for this. Cathy needs
to know what course and who will be developing the Unit Plan by Oct
13th. Sorry Jon, but I really need your help on this.

Leo

*HE REFUSED TO DO THE UNIT PLANS ALTHOFF + DENNIS ENDED UP DOING THEM. (SEE NEXT EMAIL)*

The first area is the documentation that SCANS instruction and
evaluation are occurring in the program's technical and academic
courses. It is not enough to have the SCANS documented in the
syllabi—you must be able to show how SCANS competencies are being
taught and tested, whether in a technical or academic course. You
will remember that our plan is to document this in our unit plan
forms, not our syllabi. There are sections in the revised unit plan
form that requires the course developer (1) to identify the SCANS
competencies for that unit, (2) to identify the learning activities
used in the instruction of the competencies, and (3) to describe the
evaluation process. Evaluation instruments (knowledge, performance,
SCANS) are to be attached to the unit plan form.

Because it is totally impossible for programs to have every WECM
course developed down to the unit plan level by January 17, Pat and I
have decided that we will ask every program to identify a minimum of
ONE course to be developed through the unit plan level. It is
recommended that a senior instructor in each program be assigned this
task to be completed by Christmas.

Therefore, right now, each program chair is asked to select the one
course that will be developed to the unit plan level and identify the
person who will be assigned to do this. (Be sure that course has
SCANS competencies assigned to it.) I will be setting up training
sessions on testing and teaching SCANS competencies and unit plan
development in the next couple of weeks. For now though, please
select the course and instructor who will be responsible for this and
send me this information by Friday, October 13.

*REFUSAL TO DO WORK AS ASSIGNED*

At the site visit interview, the program chair should be prepared to
explain and demonstrate how TSTC Harlingen plans to teach and evaluate
SCANS competencies using the one course that will be fully developed
as a sample. In addition, please begin gathering assignment sheets,
project assignment sheets, or any other means being used to make

From:        jon harrison
To:          gomez, leonel
Date:        Fri, Oct 6, 2000  9:51 AM
Subject:     Re: Unit Plan

What this means is that I don't want to do it.  If you tell me to do it, I will try to do it...  but, considering my
workload, I cannot guarantee success.

JPH

>>> leonel gomez 10/05/00 04:57PM >>>
So, does this mean you don't want to do it?  I'm just following what they tell me to do.  Oh, by the way....I
didn't stick you with anything.  You think I like being appointed PC and then 2 days later find out that they
are going to review our program.  That's find don't do it...like you said "I'm not going to get sick worrying
about it, either!"

leo


>>> jon harrison 10/05/00 02:44PM >>>
There are limits.

Remember that you (and Sue) have stuck me with miserable work schedules for the last quarter and
semester in a row, and you plan to do it again next semester.  Furthermore, this requires working closely
with Cathy Maples, and I LOATHE the woman...  in part because she is stupid enough to take this sort of
bumpf seriously, and venal enough to try to make herself look good by enforcing its requirements on her
subordinates without mitigation.

That is all not supposed to matter, but here is what does.  You have already got me teaching what in any
other institution would be at least a 25% overload.  Furthermore, you have me developing two new
courses on the fly, while I teach them for the first time.  A person is supposed to have a light load when
he develops one new course, much less two.  There are only so many hours in a day.  Given the amount
of paperwork Maples is going to want on this project, I am just not going to be able to make her deadline
and keep up with my present workload.  If I try to work a lot more overtime, I will just get sick and
everything will not get done on time anyway.  Something has got to give.  If you want me to do this, you
are going to have to take away something that I am now doing.

Now about the choice of a course...  We had better not pick a course that is currently under
development, because we do not yet really know the right way to teach those courses.  If forced to
document those courses now we will make mistakes—maybe big ones—and then we will be forced to
repeat those mistakes indefinitely by idiots who make site visits and compare what we do with what we
documented.  This means our choice should be restricted to courses that did not change much between
our old curriculum and WECM, perhaps:

ITSC 1305 - Introduction to PC Operating Systems
ITSE 1318 - Introduction to COBOL Programming
ITSE 1326 - Fortran Programming
ITSE 1350 - System Analysis & Design
ITSE 2309 - Introduction to Database Programming
ITSE 2351 - Advanced COBOL Programming
ITSE 2370 - Program Maintenance and Conversion
ITSW 1306 - Unix Operating System I

Old, little-changed courses that we should not pick are:

ITSE 1391 - Special Topics in Computer Programming, because Maples just does not comprehend the

"Special Topics" concept,
ITSE 2345 - Data Structures, because I doubt that anyone remembers how to teach it, and
ITSE 2275 - Final Project I and ITSE 2376 - Final Project II, because they just do not fit into a
highly-structured format.

I think the best choice is ITSE 1350 - System Analysis & Design, because:

1) The CD-ROM that comes with the text has draft lesson plans and a test bank (and we do not have to
admit that they exist before the documentation project starts, maybe ever).

2) The large number of SCANS competencies allocated to Systems could be used perversely to our
advantage. They make the whole concept of documenting that course so complex that Maples may give
up on reviewing it closely.

3) When we change the textbook for the course, even the dumbest site visitor ought to be able to
recognize that as justification for some deviation from the documentation.

I think it is utterly unreasonable for Hobbs and Maples to expect completion of these unit plans during
this quarter after excessive work/teaching assignments have already been made. If they did it next
quarter, and gave the people working on the unit plans some release time in which to do it, that might
make some sense.

JPH


>>> leonel gomez 10/05/00 10:36AM >>>
Jon,



Since you're the only Senior Instructor for the CST, I am asking for your help. Please read the following
and let me know which course(choose the simplest course) will be used for this. Cathy needs to know
what course and who will be developing the Unit Plan by Oct 13th. Sorry Jon, but I really need your help
on this.

Leo

==================================================================
The first area is the documentation that SCANS instruction and evaluation are occurring in the program's
technical and academic courses. It is not enough to have the SCANS documented in the syllabi—you
must be able to show how SCANS competencies are being taught and tested, whether in a technical or
academic course. You will remember that our plan is to document this in our unit plan forms, not our
syllabi. There are sections in the revised unit plan form that requires the course developer (1) to identify
the SCANS competencies for that unit, (2) to identify the learning activities used in the instruction of the
competencies, and (3) to describe the evaluation process. Evaluation instruments (knowledge,
performance, SCANS) are to be attached to the unit plan form.

Because it is totally impossible for programs to have every WECM course developed down to the unit
plan level by January 17, Pat and I have decided that we will ask every program to identify a minimum of
ONE course to be developed through the unit plan level. It is recommended that a **senior instructor** in
each program be assigned this task to be completed by Christmas.

Therefore, right now, each program chair is asked to select the one course that will be developed to the
unit plan level and identify the person who will be assigned to do this. (Be sure that course has SCANS
competencies assigned to it.) I will be setting up training sessions on testing and teaching SCANS
competencies and unit plan development in the next couple of weeks. For now though, please select the
course and instructor who will be responsible for this and send me this information by Friday, October 13.

At the site visit interview, the program chair should be prepared to explain and demonstrate how TSTC Harlingen plans to teach and evaluate SCANS competencies using the one course that will be fully developed as a sample. In addition, please begin gathering assignment sheets, project assignment sheets, or any other means being used to make assignments or projects that evaluate the SCANS competencies in other courses besides the one course that will be developed. These will be placed in the binders when we update (or create) them.

The second area of concern is the integration of academic skills into technical courses and the development of partnerships between technical and academic faculty. I realize there is overlap here with what was previously discussed above regarding SCANS since there are SCANS competencies related to reading, writing, speaking and math. The bottom line is that these kinds of assignments and projects should not be made in academic classes only—they must be reinforced in the technical program courses. The Coordinating Board requires that the technical programs include assignments or projects requiring students to read, write, speak, and compute, and would like to see the technical faculty working in partnership with the academic faculty in making assignments in the academic classes related to the technology being learned. If it has been awhile since you met the academic faculty who are teaching your students' support classes in English, math, speech, interpersonal relationships, etc., I would suggest reaching out to them—and vice versa, particularly if all of your students take an academic class with a particular instructor. For example, if all of your students take a Technical Communications class at a particular time with a particular instructor, make a contact with that instructor and possibly coordinate a project or assignment for which a grade in the English class would be assigned for the writing or presenting part of the project and a grade in a technical class given for the technical end of it. This is the kind of partnership that the site visit member will be looking for. We should be making a concerted effort to establish these partnerships, not just for the sake of the site visit, but for the overall improvement of instruction at TSTC. Unfortunately, it sometimes takes a major event like a site visit to get things moving.

**From:** jon harrison
**To:** bagley, jim; gomez, leonel
**Date:** Thu, Jan 25, 2001 1:24 PM
**Subject:** ITSE 1331

*INSULTING
ABUSIVE
UNPROFESSIONAL
TOWARDS*

*STUDENTS*

Come let us reason together. I'm having a terrible time fitting the
necessary into the 2 hours/week specified by the catalogue. As a
than 3 hours/week, and am beginning to get some complaints fror
enough time to do their assignments in class. Even though a lot or
blankly at an equally-blank screen, I can anticipate a number of th
they hear enough other people complaining on the subject.

We all know that the absolute numbers and proportions of lab and
totally from CloudCuckooLand, and have far more to do with the
anything that happens in the classroom. Nevertheless, consider t

ITSE 1331
Lecture: 2 hr/wk x 16 wk/sem = 32 hours
Formal lab: 4 hr/wk x 16 wk/sem = 64 hours
Total: 96 hours

CST 1214
Lecture: 2 hr/wk x 12 wk/sem = 24 hours
Formal lab: 6 hr/wk x 12 wk/sem = 72 hours
Total: 96 hours

Normal college 3-semester-hour course
Lecture: 3 hr/wk x 18 wk/sem = 54 hours
Formal lab: 0 hours
Total: 54 hours

I can see that lecturing 3 hours per week in ITSE 1331 leaves the students only 3 hours per week to do
their assignments, and that may be a little short. On the other hand, it seems to be awfully hard to cover
Visual Basic in the 2 hours per week allotted, particularly since it has to be conveyed by multiple
examples and every VB text I've seen (including the one we're using) is absolutely miserable when it
comes to listing, defining, and explaining the instruction set.

How much are you-all lecturing per week?

Do you think there might be some point in emphasizing to the ITSE 1331 students that the lab time
officially allocated to the course might not be enough to get their projects done, and that they ought to
budget some additional open-lab time?

It's looking as if we have a choice of fielding a procession of dummerts whining "he wants me to do all
these programs, but he hasn't held my little hand and EXPLAINED OVER AND OVER AGAIN every
single step of what I have to do," or the alternate whine "he wants me to do all these programs, but he
never gives me enough lab time to do them."

How do you-all think we ought to deal with this dilemma?

JPH

## leonel gomez - Re: Fwd: Request

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | gomez, leonel |
| **Date:** | 10/9/2001 10:06 AM |
| **Subject:** | Re: Fwd: Request |

Is there any way we can disabuse our hierarchy from their unnatural attachment to middle schools? Middle school students are preoccupied by nothing but hormones, they are far, far away from selecting a college, and attempting to recruit them (or even talk to them) is an utter waste of time.

JPH

>>> leonel gomez 10/09/01 09:38AM >>>
Please read the attachment from Sue, and if anyone wants to volunteer please let me know as soon as possible.

Leo

*Spring 2002 evaluation*

*28 students*
*11 dropped*

**ITSC 1309.03 – Jon Harrison:**

1.  Give us a teacher who has a better positive attitude for the course.

2.  Perhaps a review before theory exams covering relevant information. Students had different levels of experience with computers so I enjoyed working at my own pace.

3.  The instructor could give out review sheets to know what is the stuff you need to know before he tests. The instructor could explain what is going on in his lectures and not move too fast.

*NM Students*

**From:**       edna claus
**To:**         gomez, leonel
**Date:**       5/1/02 12:19PM
**Subject:**    Mr. Harrison

Leo,

I know that we have spoken about his verbally and I have forgotten to record the date and time of Mr. Harrison's unprofessional outbursts. I am taking this time now, to go on record as stating that at 11:45 a.m., May 1, 2002, Mr. Harrison's outburst was completely unprofessional and occurred while I was counseling and advising a student. His outburst contained profane words that I do not wish to repeat. I realize that we all have a great level of stress but this behavior is uncalled for, especially when students are in the office area.   I ask that something be done about this matter and thank you for taking the time and consideration in doing so.

Thanks again
EQC

Edna Q. Claus
Instructor/PC
Computer Technology Department
TSTC-Harlingen
Phone: (956)364-4762
FAX:  (956) 364-5175
Fax: (956)-364-5175


CC:            garza, sue

Page 8
ES.1.02 Faculty Evaluation



## Texas State
## Technical College

# C O N F I D E N T I A L

## SELF/SUPERVISOR
## PERFORMANCE EVALUATION FORM

<u>Instructions:</u> This evaluation form will be used for probationary faculty performance evaluations (to be completed at 60 days and six months) and for the annual performance evaluation of the other faculty members. The original will be placed in the faculty member's file in Human resources.
A formal performance evaluation must be completed for each faculty at least annually.

The supervisor should circle one rating in each performance area listed; do not overlap ratings. It is believed that the performance evaluation areas included on this form pertain to the vast majority of faculty. However, should one area not pertain, indicate the reasons in the comment section and circle the "Not Applicable" rating. This factor should not be included when determining the overall performance rating.

Jon Harrison
Computer Technology Bldg

Faculty member's Name _____     Today's Date  __5/23/2002__

Evaluator's Name _____

Type of Evaluation     60 Day ____     6 Month ____     Annual  ✓

Last Evaluation     60 Day ____     6 Month ____     Annual  ✓  Completed On _____

Completed By  __LeoneL Gomez__                         __Dept. Chair-CST__
                      (Name)                                              (Title)

I have been given the opportunity to review the performance appraisal (up to 48 hours). I have discussed this evaluation with my supervisor. I have received a copy of this appraisal.

_____                         __5/24/02__
Faculty member's Signature                              Date

_____                         __5/23/2002__
Supervisor's Signature                                     Date

Page 9
ES.1.02 Faculty Evaluation

*ITEM 1*   USES CURRENT SYLLABUS FOR EACH ASSIGNED COURSE
TAUGHT

### EXPECTED PERFORMANCE

- Faculty member uses an up-to-date syllabus approved by the Department Chair.
- Faculty member develops and/or updates syllabi for assigned courses annually.
- Faculty member maintains assigned syllabi in the Department Office.

### EXCEPTIONAL PERFORMANCE

Examples of activities appropriate to this item are:

- Faculty member validates course content annually.
- Faculty member develops or revises a course based on the results of task surveys and/or the DACUM process as directed by Department Chair.

### NEEDS IMPROVEMENT

For Example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member uses an out-of-date or unapproved syllabus even though an up-to-date one is available.
- Faculty member omits objectives in the syllabus without permission of the Department Chair.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 10
ES.1.02 Faculty Evaluation

## ITEM 2    INFORMS STUDENTS OF COURSE REQUIREMENTS AND/OR CHANGES

### EXPECTED PERFORMANCE

- The following information is communicated, in writing, to students : course objectives, text and material lists, evaluation methods, due dates for projects.
- Project descriptions and evaluation methods are conveyed, in writing, to the students when the projects are assigned.
- Changes in course requirements are conveyed, in writing, to students.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member has gone beyond the scope of the expected in informing students of course requirements. This performance must be documented.
- The following information is communicated, in writing, to students within the first five days of class: course objectives, text and material lists, evaluation methods, and due dates for projects.

### NEEDS IMPROVEMENT

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member makes a change in grade policy after students have started recording major grades.
- Faculty member fails to follow written grading policy when assigning course grades

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | *See attachment #4* | | | | | |

Page 11
ES.1.02 Faculty Evaluation

*ITEM 3*    DELIVERS INSTRUCTION IN A MANNER CONSISTENT WITH
EFFECTIVE TEACHING PRINCIPLES

### EXPECTED PERFORMANCE

- Faculty member presents instruction organized in a logical sequence in accordance with the identified course objectives.
- Faculty member clearly defines new terminology, concepts, and principles.
- Faculty member explains abstract ideas and theories by using relevant examples and illustrations.
- Faculty member identifies and summarizes major points.
- Faculty member involves students in discussions or other active learning strategies relevant to identified course objectives.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member employs a variety of teaching methods that accommodate individual differences to appropriately meet course objectives.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member presents topics in no particular order; new topics don't build on topics previously mastered.
- Faculty member fails to get abstract ideas and theories across to students.

| | Performance Rating | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |

Comments:

Page 12
ES.1.02 Faculty Evaluation

*ITEM 4*   DEVELOPS AND PREPARES INSTRUCTIONAL MATERIALS TO
ASSIST STUDENT LEARNING

### EXPECTED PERFORMANCE

- Faculty member prepares, upgrades or revises instructional materials as necessary to assist student learning.
- Faculty member prepares, upgrades or revises instructional materials at the request of the Department Chair in the time frame specified.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member implements innovative learning materials for an assigned course.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member uses illegible or out-of-date instructional materials.

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |

Comments:

Page 13
ES.1.02 Faculty Evaluation

*ITEM 5*    USES EVALUATION METHODS RELATED TO COURSE OBJECTIVES
AND APPROPRIATE FOR COURSE CONTENT

### EXPECTED PERFORMANCE

- Faculty member uses examination items and projects that measure the attainment of course objectives.
- The Faculty member develops and uses tests and examinations that evaluate students' mastery of course objectives.
- The Faculty member develops and uses projects that evaluate students' mastery of course objectives.

### EXCEPTIONAL PERFORMANCE

Examples of activities appropriate to this item are:

- Faculty member performs statistical/item analysis on test/examination items and projects during this evaluation period.
- Faculty member develops or revises examination items or projects based on item analysis and current course objectives.

### NEEDS IMPROVEMENT

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member uses examination items and projects unrelated to the course objectives.
- Faculty member uses examination items and projects to evaluate students' mastery of material not yet presented in class or through homework.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 14
ES.1.02 Faculty Evaluation

## *ITEM 6*    EVALUATES STUDENT PROGRESS ON A CONTINUING BASIS

### EXPECTED PERFORMANCE

- Faculty member conducts tests, examinations and projects as described in the course syllabus.
- Faculty member evaluates and returns projects, tests, and evaluations to students at a reasonable, set time.
- Faculty member informs students of their progress whenever students complete a course objective.
- Faculty member critiques student work (test, examinations, and projects) and suggests ways to improve.
- Faculty member maintains appropriate, up-to-date course records (includes grades and participation records)

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member has gone beyond the scope of the expected in evaluating student progress on a continuing basis.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member fails to grade and return tests, examinations, homework and projects in a timely manner.
- Faculty member fails to keep students adequately informed of their progress in the course.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | (1) | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 15
ES.1.02 Faculty Evaluation

## ITEM 7     ASSISTS STUDENTS WHO NEED ADDITIONAL INSTRUCTION TO MEET THE REQUIREMENTS OF THE COURSE

### EXPECTED PERFORMANCE

- Faculty member re-explains and reteaches course items as appropriate.
- Faculty member recommends tutorial or remediation materials as appropriate.
- Faculty member recommends study skill methods as appropriate.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member volunteers extra time (beyond class/lab or office hours) to assist students who need additional instruction to meet the requirements of the course.
- To accommodate different learning styles, the faculty member prepares alternate presentations.

### NEEDS IMPROVEMENT

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member is frequently unavailable during office hours or for special appointments to help students when requested.
- Faculty member discourages students from seeking tutorials or remediation materials.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1. | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 16
ES.1.02 Faculty Evaluation

*ITEM 8*   COMMUNICATES AND DEMONSTRATES KNOWLEDGE OF RULES
AND PROCEDURES FOR SAFETY

### EXPECTED PERFORMANCE

- Faculty member keeps students from using unsafe equipment in classroom, shop or lab.
- Faculty member avoids exposing students to undue or needless hazards or dangerous situations.
- Faculty member provides students with instruction concerning safe operation of equipment.
- Faculty member requires students to demonstrate safe operation of equipment.
- Faculty member never leaves students unsupervised in a class or lab.
- Faculty member reports, in writing, unsafe equipment or hazardous situations to the Department Chair or Safety Office.
- Faculty member models safety procedures in classroom, shop and lab.

### EXCEPTIONAL PERFORMANCE

Examples of activities appropriate to this item are:

- Faculty member develops safety materials for a course during the evaluation period.
- Faculty member improves facilities or equipment to increase safety for students.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 17
ES.1.02 Faculty Evaluation

## *ITEM 9*     EXHIBITS PROFESSIONAL BEHAVIOR TOWARDS STUDENTS

### EXPECTED PERFORMANCE

- Faculty member relates to all students impartially and considers different viewpoints when resolving conflict.
- Faculty member refrains from talking about or criticizing students in the presence of other students.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member has gone beyond the scope of the expected in exhibiting professional behavior toward students.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member uses obscene, vulgar, or otherwise objectionable language in the presence of students.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | (1) | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 18
ES.1.02 Faculty Evaluation

*ITEM 10*    MEETS SCHEDULED CLASSES AND MAINTAINS OFFICE HOURS

EXPECTED PERFORMANCE

- Faculty member meets assigned classes and labs promptly at the scheduled times.
- Faculty member attempts to avoid cancellation of classes by making advance arrangements on occasions when faculty member is unable to meet scheduled classes.
- Faculty member notifies the Department Chair when unforeseen events make it impossible to meet classes.
- Faculty member notifies the Department Chair in the event of the faculty member's absence.
- Faculty member is in the office during the required weekly office hours to assist students unless excused by the Department Chair.

EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member devotes time beyond scheduled class/lab/office hours to provide students additional instruction.
- Faculty member competently covers classes for other faculty members who are out on leave.

NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member is late to class more than three times per term.
- Faculty member fails to hold class more than 10% of the time without approval of the Department Chair.

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | | | | | |

Page 19
ES.1.02 Faculty Evaluation

*ITEM 11*   SUBMITS COURSE REPORTS AND DOCUMENTS ON OR BEFORE
DUE DATES

### EXPECTED PERFORMANCE

- Faculty member submits book requests, course participation (validation) forms, student evaluations, or other similar documents on or before the due dates.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member suggests revisions, deletions, or additions to the required report and indicates how the change will improve student tracking, decision-making, etc.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member consistently fails to submit requested reports and documents by the due dates.

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |

Comments:

Page 20
ES.1.02 Faculty Evaluation

*ITEM 12*    PARTICIPATES IN DEPARTMENT AND CLUSTER MEETINGS

### EXPECTED PERFORMANCE

- Faculty member attends all meetings as required by the Department Chair.
- Faculty member actively participates in meetings by taking part in discussions, making suggestions, etc. as appropriate.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member devises and submits, in writing, innovative solutions to problems discussed during meetings.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member consistently fails to attend or actively participate in required meetings.

| Performance Rating | | | | | | |
|---|---|---|---|---|---|---|
| | 0 | Needs Improvement | 1 | Expected | 2 | Exceptional |
| Comments: | | | | | | |

Page 21
ES.1.02 Faculty Evaluation

*ITEM 13*     FULFILLS DEPARTMENT AND COLLEGE DUTIES AND
RESPONSIBILITIES

EXPECTED PERFORMANCE

- Faculty member performs department and college duties as assigned by the
Department Chair or by Campus Administration. Examples of such duties
are:

| | |
|---|---|
| ✓Articulation | ✓Campus Standing or Ad Hoc |
| ✓Recruitment | Committees |
| ✓Department Lockup | Faculty Senate Office |
| Department Safety Officer | Student Organization Advisor |
| Building Monitor | Equipment Maintenance |
| Certification of Graduates | Student Worker Supervisor |
| ✓Registration of Students | Book and material Lists Maintenance |
| ✓Advisory or SICC Committee Duties | ✓Placement Activities |
| Inventory Control | Co-op Activities |

(In the comment section, list the duties /responsibilities assigned during this evaluation
period.)

EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member submits a valid plan, in writing, to improve a process or
procedure to the appropriate administrator

NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance
criteria
- Faculty member fails to fulfill the duties or responsibilities assigned by the
Department Chair or Campus Administration

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | (1) | Expected | 2 | Exceptional |

Comments:

Page 22
ES.1.02 Faculty Evaluation

## *ITEM 14*     EXHIBITS PROFESSIONAL BEHAVIOR TOWARDS COLLEAGUES

### EXPECTED PERFORMANCE

- ✓ Faculty member listens openly to different viewpoints of colleagues when resolving conflict.
- ✓ Faculty member refrains from criticizing other faculty members in the presence of students.
- ✓ Faculty member works harmoniously and effectively with colleagues for the benefit of the Department and the College.

### EXCEPTIONAL PERFORMANCE

An example of activities appropriate to this item is:

- Faculty member facilitates initiatives to improve cooperation and productivity on campus.

### NEEDS IMPROVEMENT

For example:

- Faculty member fails to meet one or more of the expected performance criteria.
- Faculty member uses obscene, vulgar, or otherwise objectionable language in the presence of colleagues.
- Faculty member is non-cooperative and non-productive in relationships with colleagues to the detriment of the Department and the College.

| Performance Rating | | | | | |
|---|---|---|---|---|---|
| | 0 | Needs Improvement | (1) | Expected | 2 | Exceptional |

Comments: Mr. Harrison and I had a lengthy discussion over this item.  I advised Mr. Harrison to write a letter of apology to Mrs. Claus, with a copy to me.  Mr. Harrison and I both agreed that Mrs. Claus's original e-mail concerning this item and his apology would be attached to this evaluation.  See attachments # 1 and #2

Page 23
ES.1.02 Faculty Evaluation

*ITEM 15*     PROGRESS BEING MADE IN PROFESSIONAL DEVELOPMENT PLAN

### EXPECTED PERFORMANCE

- Faculty member completes the minimum development activities identified
  in his/her previous year's Professional Development Plan on or before the
  agreed upon date.

### NEEDS IMPROVEMENT

- Faculty member fails to complete the minimum development activities
  identified in his/her previous year's Professional Development Plan on or
  before the agreed upon date. (Document the activities not completed on
  time in the Comments section. If there are mitigating circumstances, these
  should be documented as well.)

| Performance Rating | | | | | | | |
|---|---|---|---|---|---|---|---|
| -1 | No Progress | | 0 | Needs Improvement | 2 | Expected | 4 | Exceptional |

Comments:
    See attachment #3

Page 24
ES.1.02 Faculty Evaluation

*ITEM 16*    DESCRIBE OTHER PARTICIPATORY ACTIVITIES THAT ARE NOT INCLUDED IN THE EVALUATION

EXCEPTIONAL PERFORMANCE

Examples of activities appropriate to this item are:

- Grant Writing
- Classroom Research
- Publications in reviewed journals or books
- Presentations to clubs or organizations that promote the college
- Presentations to groups in the field

| Performance Rating | | | |
|---|---|---|---|
| 0 | 2 | 3 | 4 |
| Description/Comments: | | | |

Further Comments, Areas of Strength, Areas Needing Improvement

Page 25
ES.1.02 Faculty Evaluation

*ITEM 17*    FACULTY OVERALL EVALUATION

Sum points from items 1 – 16 and enter points below.

Exceptional                    $\geq$ 30 points and no "needs improvement" items

Expected                      < 30 points

Below expectation             2 or more "needs improvement" items

Total points _____ 17

Attachment #1

**From:** edna claus
**To:** gomez, leonel
**Date:** 5/1/2002 12:19PM
**Subject:** Mr. Harrison

Leo,

I know that we have spoken about his verbally and I have forgotten to record the date and time of Mr. Harrison's unprofessional outbursts. I am taking this time now, to go on record as stating that at 11:45 a.m., May 1, 2002, Mr. Harrison's outburst was completely unprofessional and occurred while I was counseling and advising a student. His outburst contained profane words that I do not wish to repeat. I realize that we all have a great level of stress but this behavior is uncalled for, especially when students are in the office area.    I ask that something be done about this matter and thank you for taking the time and consideration in doing so.

Thanks again
EQC

Edna Q. Claus
Instructor/PC
Computer Technology Department
TSTC-Harlingen
Phone: (956)364-4762
FAX:  (956] 364-5175
Fax: (956)-364-5175

CC:            garza, sue

**leonel gomez - Apology**

Attachment #2

| | |
|---|---|
| **From:** | jon harrison |
| **To:** | claus, edna |
| **Date:** | 5/23/2002 4:37 PM |
| **Subject:** | Apology |
| **CC:** | gomez, leonel |

Mr. Gomez showed me a copy of your May 1st memo during my annual evaluation today.  It complains that you overheard me use profanity in my office on that date.

I am most sincerely sorry for offending you.  I do not remember the incident, but if I had known you were listening I hope I would have been more reticent with my comments.

It is my genuine intent to avoid giving you offense in the future;  however if I inadvertently do so, please bring the matter to my immediate attention so that I can apologize on the spot.

Jon Harrison

Attachment #3

Name:   J. P. Harrison

Department:   Computer Science Technology (CST)

# PROFESSIONAL GROWTH PLAN
## FOR 2002-2003
### (next school year)

**OVERVIEW OF THE PROFESSIONAL GROWTH PLAN:**
(Summary should include purpose and goals)

To catch up with the computer industry, concentrating on e-business and internet applications

To meet the continuing education requirements for keeping my CPA certificate in force

**RECOMMENDATIONS BY THE PROGRAM CHAIR:**
(Specify the level of support by the program)

Reviewed by _____

Date    5/23/2002

# PROFESSIONAL GROWTH PLAN
## FOR <u>2002/2003</u>
### (next year)

Under each category, list title, location, date and units or hours to be acquired. In all categories, professional growth must comply with goals of TSTC and instructor's program.

| CATEGORY | TITLE | LOCATION | DATE | CEU'S OR HOURS |
|---|---|---|---|---|
| **CEU-GRANTING WORKSHOPS** | Real Estate Appraisal | STCC, Pharr | When next offered | 30 |
| | Real Estate Law of Agency Venture Capital | STCC, Pharr | When next offered | 40 |
| | Real Estate Law of Contracts | STCC, Pharr | When next offered | 40 |
| **WORKSHOPS & SEMINARS** | | | | |
| **TRAINING PROGRAM** | TSTC Winter In-Service | Harlingen | 12/02 | About 6 |
| | Advanced Colleague Data Retrieval | Harlingen | 1/03? | About 16? |
| | TSTC Summer In-Service | Harlingen | 8/03 | About 6 |
| **COLLEGE COURSES** | | | | |
| **PROFESSIONAL ORGANIZATIONS** | Texas Association of Junior College Teachers Texas Faculty Association | | | |

J. P. Harrison, CST Instructor
**PROFESSIONAL GROWTH PROFILE (Training completed this year)
FOR <u>2001/2002</u>**

Under each category, list title, location, date and units or hours acquired.  In all categories, professional growth must comply with goals of TSTC and instructor's program.  (Use attachments as needed.)

| <u>CATEGORY</u> | <u>TITLE</u> | <u>LOCATION</u> | <u>DATE</u> | CEU'S<br><u>OR HOURS</u> |
|---|---|---|---|---|
| CEU-GRANTING<br>WORKSHOPS | Real Estate<br>Principles I | STCC, Pharr | 1/26/02<br>to 2/3/02 | 30 |
| | Real Estate<br>Finance | STCC, Pharr | 2/5/02 to<br>2/28/02 | 30 |
| | Real Estate<br>Principles II | STCC, Pharr | 3/23/02<br>to 4/7/02 | 32 |
| WORKSHOPS &<br>SEMINARS | Regional Labor<br>Market Information<br>Training | STCC, McAllen | 9/21/01 | 8 |
| TRAINING PROGRAM | Colleague 16<br>Training | Harlingen | 10/23/01 | 1.5 |
| | Colleague Grade<br>Input Training | Harlingen | 11/29/01 | 1.5 |
| | Colleague Grade<br>Input Training | Harlingen | 12/6/01 | 1 |
| | Unit Plan<br>Workshop | Harlingen | 2/28/02 | 1 |
| | Title V Advisement<br>Workshop | Harlingen | 3/22/02 | 2 |
| | Colleague 16<br>Faculty Advisement | Harlingen | 3/25/02 | 1 |
| | Ethics for College<br>Professionals | Harlingen | 4/2/02 | 1.5 |
| | GRN Training | Harlingen | 4/9/02 | 1.5 |
| | Colleague Data<br>Retrieval | Harlingen | 5/2/02<br>to 5/3/02 | 13 |
| | TSTC Summer<br>In-Service | Harlingen | 8/02 | Has not been<br>held yet |

**COLLEGE COURSES**

**PROFESSIONAL**          Texas Association of Junior College Teachers
**ORGANIZATIONS**

J. P. Harrison, CST Instructor

Attachment #4

# COURSE INFORMATION SHEET

Course Number and Title: ITSE-1331 Introduction to Visual Basic (2-4-3)

Course Catalog Description: Introduction to computer programming using Visual BASIC. Emphasis on the fundamentals of structured design, development, testing, implementation, and documentation. Includes language syntax, data and file structures, input/output devices, and files.

| | |
|---|---|
| Instructor: J. P. Harrison    E-Mail: jharriso@harlingen.tstc.edu    Office: G-104 | |
| Office Hours:    TBA | Office Phone: 364-4685 |

Required Text and Materials:    Tsay, Jeffrey J. Visual Basic 6 Programming
Upper Saddle River, NJ: Prentice Hall, 2000.
ISBN: 0-13-026199-8

10 2HD, 1.44MB diskettes (1 box)

Grading Criteria:                                    Grading Scale:

| Programs & Exercises | 70% | | 90-100 | A |
|---|---|---|---|---|
| Tests | 30% | | 80-89 | B |
| | | | 70-79 | C |
| | | | 60-69 | D |
| | | | 0-59 | F |

Two or more people turning in identical programs will be assumed to have copied from each other, and each will receive the grade the program deserves divided by the number of copies turned in (For example, if three people turn in identical correct programs, they will each get a grade of 100/3, or 33.). Programs may be turned in without penalty any time up to the end of TSTC's work day on the day they are due; after that time, each school day late will cause a ten-point penalty. In the event of major equipment malfunction on the day a program is due, the deadline for the program will be extended for one day for each day that the lab cannot be used during the ITSE 1331 lab period.

ITSE 1331 (Harrison)—Summer, 2002                                    Page 2

You will be issued a calculation of your grade to date in the course before the final exam. You will then have the option of taking that grade as your grade in the course, or of taking the final in the hopes of improving it. Of course, if you elect to take the final and you make lower than your average before the final, the final exam will lower your grade.

Attendance:  Attendance will not be taken after the twelfth class day. You will not be dropped from the class for failure to attend regularly. If you need to drop the class, it is **your responsibility** to do so before the last day to drop passing.

Make-up Tests:  Students with *excused* absences from scheduled hour tests will be allowed to take make-up tests at a time mutually convenient to themselves and the instructor. Excused absences from scheduled hour tests will be granted only on presentation of some *written* evidence of indisposition from a third party (for example, an excuse from a doctor or nurse, a doctor's bill, a mechanic's bill, etc.).

Accommodations:  If you have a condition, such as a physical or mental disability, which will make it difficult for you to carry out the work as outlined in this course, or which will require extra time on examinations, please notify me in the first two weeks of the course so that we may make appropriate arrangements. Disabilities must be documented by the TSTC Office of Special Support Services, Learning Resources Center, Building B.

## ITSE 1331
### Weekly Assignment Schedule for Summer, 2002

Week Ending/Reading Assignment/Programming Assignment
5/10/02 (3 da.) Read Chapters 1 & 2/Do Log-In Module

5/17/01 Read Chapter 3/Do Programs 3-15, 3-16 (pp. 91-92)

5/24/02 Do Programs 3-24, 3-25 (pp. 93-94)

5/27/02 **MEMORIAL DAY holiday** ☺
5/31/02 (4 da.)  Read Chapter 4/Do Programs 4-24, 4-25 (pp. 141-142)

6/3/02 **Jefferson Davis' Birthday** (not a TSTC holiday ☹)
6/7/02 Read Chapter 5/Do Programs 5-12, 5-15 (pp. 180-181)

6/10/02 Do Program 5-25 (pp. 182-183)
6/12/02 **First "Hour" Test**

6/19/02 **Juneteenth** (not a TSTC holiday ☹)
6/21/02 Read Chapter 6/Do Programs 6-21&22(combine), 6-28 (pp. 230-231)

6/28/02 Read Chapter 7/Do Programs 7-12, 7-16 (pp. 265-266)

7/4/02 **INDEPENDENCE DAY holiday** ☺
7/5/02 (4 da.) Read Chapter 9/Do Programs 7-19 (p. 266), 9-17 (p. 381)

7/12/02 Do Programs 9-18, 9-20 (pp. 381-382)

7/19/02 Do Programs 9-23, 9-27 (pp. 382-383)

7/22/02 Do Program 9-29 (p. 383)
7/24/02 **Second "Hour" Test**
7/26/02 **Last day to drop passing with a grade of "W"**

8/2/02 Read Chapter 11/Do Programs 11-11, 11-13 (pp. 479-480)

8/9/02 Do Programs 11-16, 11-18 (pp. 480-481);  Turn in Installable Package Project

8/12/02 **Last day to turn in late assignments for credit**

8/14/02 **Final Exam** (optional)

# COURSE INFORMATION SHEET

COURSE NUMBER AND TITLE

ITSE 1350 Systems Analysis and Design

COURSE (CATALOG) DESCRIPTION

Comprehensive introduction to the planning, design, and construction of computer information systems using the systems development life cycle and other appropriate design tools.

| | | |
|---|---|---|
| Instructor: J. P. Harrison | E-Mail: jharriso@harlingen.tstc.edu | Office: G-104 |
| Office Hours: TBA | | Office Phone: 364-4685 |

REQUIRED TEXT AND MATERIALS

Gary B. Shelly, Thomas J. Cashman, and Harry J. Rosenblatt, SYSTEMS ANALYSIS AND DESIGN (Fourth Edition). Course Technology, 2001.

ITSE 1350 course information sheet, stapler, flowcharting template (optional), pad of flowcharting sheets (optional), printer spacing ruler (optional), and layout chart forms (optional).

GRADING CRITERIA

| | | GRADING SCALE | |
|---|---|---|---|
| Review questions | 40% | 90-100 | A |
| Tests | 60% | 80-89 | B |
| | | 70-79 | C |
| | | 60-69 | D |
| | | 0-59 | F |

ACCOMMODATIONS

If you have a condition, such as a physical or mental disability, which will make it difficult for you to carry out the work as outlined in this course, or which will require extra time on examinations, please notify me in the first two weeks of the course so that we may make appropriate arrangements.

OTHER INFORMATION

Note that a grade of "D" in a course in your major does not grant credit for graduation.

Review questions will be TYPED NEATLY (use a word processor, it's easier). Two or more people submitting identical work will be assumed to have copied from each other, and their grade on the

ITSE 1350                                                                                                    Page 2

assignment will be divided by the number of people submitting duplicates. Assignments may be turned in without penalty any time up to 5:00 PM on the day they are due; after that, each school day late will cause a ten-point penalty (that is, from 100% to 90%, from 90% to 80%, et cetera, down eventually to 10%, then 0%).

You will be issued a calculation of your grade to date in the course before the final exam. You will then have the option of taking that grade as your grade in the course, or of taking the final in the hopes of improving it. Of course, if you elect to take the final and you make lower than your average before the final, the final exam will lower your grade. Also, one of your assignments will be to write a weighted average grade program in Visual Basic to keep track of your average during the semester.

Make-up Tests: Students with *excused* absences from scheduled tests will be allowed to take make-up tests at a time mutually convenient to themselves and the instructor. Excused absences from scheduled tests will be granted only on presentation of some *written* evidence of indisposition from a third party (for example, an excuse from a doctor or nurse, a doctor's bill, a mechanic's bill, etc.).

Accommodations: If you have a condition, such as a physical or mental disability, which will make it difficult for you to carry out the work as outlined in this course, or which will require extra time on examinations, please notify me in the first two weeks of the course so that we may make appropriate arrangements. Disabilities must be documented by the TSTC Office of Special Support Services, Learning Resources Center, Building B.

## ITSE 1350
### Assignment Schedule for Spring, 2002

**Date/Assignment Due**

| 1/11/02 | Chapter 1 Review Questions (p. 1.30) |

1/16/02    Chapter 2 Review Questions (p. 2.28)
1/18/02    ToolKit Part 1 Review Questions (p. TK1.9)

1/21/02    **M. L. King's Birthday holiday ☺**
1/23/02    **Phase 1 Test** (covers Chapters 1-2 and ToolKit Part 1)

1/30/02    Chapter 3 Review Questions (p. 3.41)

2/6/02     Chapter 4 Review Questions (p. 4.45)

2/13/02    Chapter 5 Review Questions (p. 5.34)
2/14/02    **St. Valentine's Day** (not a TSTC holiday ☹)

2/20/02    Chapter 6 Review Questions (p. 6.35)
2/22/02    ToolKit Part 2 Review Questions (p. TK2.15)

2/25/02    **Phase 2 Test** (covers Chapters 3-6 and ToolKit Part 2)

3/4/02     Chapter 7 Review Questions (p. 7.47)

3/11-15/02     **Spring Break ☺**

3/18/02    Chapter 8 Review Questions (p. 8.43)

3/25/02    Chapter 9 Review Questions (p. 9.39)
3/27/02    **Phase 3 Test** (covers Chapters 7-9)
3/29/02    **Good Friday holiday ☺**

4/3/02     Chapter 10 Review Questions (p. 10.29)
4/5/02     Chapter 11 Review Questions (p. 11.22);  **Last day to drop passing with a grade of "W"**

4/10/02    ToolKit Part 3 Review Questions (p. TK3.21)
4/12/02    **Phase 4 Test** (covers Chapters 10-11 and ToolKit Part 3)

4/17/02    Chapter 12 Review Questions (p. 12.23)
4/19/02    ToolKit Part 4 Review Questions (p. TK4.16)

4/22/02    **Phase 5 Test** (covers Chapter 12 and ToolKit Part 4)
4/24/02    **Last day to turn in late assignments for credit**

4/26/02    **Final Exam** (optional)

## COURSE INFORMATION SHEET

COURSE NUMBER AND TITLE

ITSE 2317 Java Programming (2-4-3)

COURSE (CATALOG) DESCRIPTION

Topics address recently identified current events, skills, knowledge, and/or attitudes and behaviors pertinent to the technology or occupation and relevant to the professional development of the student. The subject matter changes from quarter to quarter. This course may be repeated for credit when topics vary. Prerequisite: Permission of the instructor.

| | | |
|---|---|---|
| INSTRUCTOR: J. P. Harrison    E-MAIL: jharriso@harlingen.tstc.edu    OFFICE: G-104 | | |
| OFFICE HOURS:    TBA                          OFFICE TELEPHONE: (956) 364-4685 | | |

REQUIRED TEXT AND MATERIALS

Deitel, H. M. & Deitel, P. J. JAVA: How to Program (4th Edition). Upper Saddle River, NJ: Prentice Hall, 2002. ISBN: 0-13-034151-7

ITSE 2317 course information sheet and handouts, and one box of ten 3.5" HD diskettes.

GRADING CRITERIA                    GRADING SCALE

| | | | |
|---|---|---|---|
| Several assignments, whose average | | 90-100 | A |
| will be weighted at................ 100% | | 80-89 | B |
| | | 70-79 | C |
| There will be no examinations. | | 60-69 | D |
| | | 0-59 | F |

ACCOMMODATIONS

If you have a condition, such as a physical or mental disability, which will make it difficult for you to carry out the work as outlined in this course, or which will require extra time on examinations, please notify me in the first two weeks of the course so that we may make appropriate arrangements.

ITSE-1391                                                              Page 2

## OTHER INFORMATION

Note that a grade of "D" in a course in your major does not grant credit for graduation.

Assignments will be graded according to these criteria:

| | | |
|---|---|---|
| Does not meet specifications **and** does not work............ | F | 0% |
| Does not meet specifications **or** does not work.............. | C | 75% |
| Meets specifications, and all parts work....................... | B | 85% |
| Exceeds specifications; includes features beyond those supplied in the text and on-line files.......................... | A | 95% |
| Anything more; outstanding ................................. | A+ | 100% |

Assignments will be demonstrated to the instructor during the class meeting when they are due. If they are not ready on schedule, there will be a penalty of 10 points for each class meeting delay. The term project may be presented early, but it cannot be presented late (because it is due at the end of the course). In the event of major equipment malfunction on the day a project is due the deadline for the project will be extended for one class meeting for each class meeting that the lab cannot be used during the ITSE 2317 lab period.

You will be issued calculations of your grade to date in the course at mid-term and shortly before the end of the course.

## DISCIPLINE AND ORDER

There will be no smoking, eating, or drinking in class. Under no circumstances will profane language or other situations which might disrupt the class be tolerated. The consequences of this will be either suspension, probation, or dismissal from the class. The standard raising of the arm or hand will be used by the student to voice questions, comments, or opinions. This will be the practice unless the class is involved in a general discussion. Scholastic dishonesty (cheating) will be given an automatic zero.

## ATTENDANCE POLICY

Attendance will not be taken after the twelfth class day. You will not be dropped from the class for failure to attend regularly. If you need to drop the class, it is **your responsibility** to do so before the last day to drop passing.

ITSE-1391                                                                    Page 3

## ITSE 2317 Java Programming
## Assignment Schedule
## Summer, 2002

Text: Deitel & Deitel, *JAVA: How to Program* (4th Edition).

| Due Date | | Assignment |
|---|---|---|

| | | |
|---|---|---|
| May | 10 | Read Chapter 1.  Install the software from the text cd-rom on your home computer if you have one. |
| | 17 | Read Chapter 2.  Do Programs 2.19 and 2.31 (pp. 101-103) |
| | 24 | Read Chapter 3.  Do Programs 3.9 and 3.18 (pp. 146-147) |
| | 27 | *MEMORIAL DAY HOLIDAY!* |
| | 31 | Read Appendix F (on the cd-rom).  Document any one of the programs written so far with JavaDoc. |
| June | 3 | *Jefferson Davis' Birthday*—not a TSTC holiday ☹ |
| | 7 | Read Chapter 4.  Do Programs 4.12 and 4.25 (pp. 191-195) |
| | 14 | *Flag Day*—not a TSTC holiday ☹ |
| | | Read Chapter 5.  Do Programs 5.9 and 5.12 (pp. 242-243) |
| | 19 | *Juneteenth*—not a TSTC holiday ☹ |
| | 21 | Read Chapter 6.  Do Programs 6.8 and 6.18 (pp. 305-307) |
| | 28 | Read Chapter 7.  Do Programs 7.15 and 7.18 (pp. 359-361) |
| July | 4 | *INDEPENDENCE DAY HOLIDAY!* |
| | 5 | Read Chapter 8.  Do Program 8.5 (p. 441) |
| | 12 | Do Program 8.8 (p. 442) |
| | 19 | Read Chapter 9.  Do Program 9.11 (p. 532) |
| | 26 | **Last day to drop passing** |
| | | Do Program 9.26 (p. 533) |
| Aug. | 2 | Read Chapter 10.  Do Programs 10.7 and 10.9 (pp. 595) |
| | 9 | Read Chapter 16.  Do Program 16.10 (p. 976) |
| | 16 | Read Chapter 14.  Do Program 14.25 (p. 836) |

Page 30
ES.1.02 Faculty Evaluation



# Texas State
# Technical College

# C O N F I D E N T I A L

## CLASSROOM OBSERVATION FORM
## FOR
## Faculty

Instructions:

This checklist will assist in completion of the Self/Supervisor Evaluation of Faculty. Item numbers on this checklist correspond to item numbers in the Self/Supervisor Evaluation of Faculty. This completed form will be forwarded to Human Resources and placed in the evaluated faculty member's personnel file.

Faculty member's Name   Jon P. Harrison   Today's Date   5/22/2002

Evaluator's Name   Leonel Gomez

Course Number and Section   ITSE 1331.03   Date Observed   5/22/2002

Method of Observation        Video Tape _____     Classroom Visit   X

---

I have been given the opportunity to review the performance appraisal (up to 48 hours). I have discussed this evaluation with my supervisor. I have received a copy of this appraisal.

Faculty member's Signature        Date   5/24/2002

Supervisor's Signature        Date   5/23/2002

Page 31
ES.1.02 Faculty Evaluation

| ITEM 1 Instructional Delivery | 1. | States objectives at the beginning of class. | Yes No NA |
| | 2. | Shows evidence of advance planning. | Yes No NA |
| | 3. | Relates lesson topic to previous learning. | Yes No NA |
| | 4. | Teaches to stated lesson objectives. | Yes No NA |
| | 5. | Clearly defines new terminology, concepts, and principles. | Yes No NA |
| | 6. | Uses relevant examples and illustrations for explanations of abstract ideas and theories. | Yes No NA |
| | 7. | Uses a variety of teaching methods supporting different learning styles. | Yes No NA |
| | 8. | Involves students in discussion related to stated objectives. | Yes No NA |
| | 9. | Involves students in other active learning strategies related to stated objectives. | Yes No NA |
| | 10. | Identifies and summarizes key points of the lesson. | Yes No NA |
| | 11. | Presents instruction in a logical, organized sequence. | Yes No NA |
| ITEM 2 Instructional Materials | 1. | Lesson plan gives facts, information, and examples for each objective. | Yes No NA |
| | 2. | Classroom aids illustrate objectives. | Yes No NA |
| | 3. | Innovative learning materials used to illustrate objectives. | Yes No NA |
| | 4. | Visual handouts are readable. | Yes No NA |
| ITEM 3 Assists Students | 1. | Re-explains and reteaches as needed. | Yes No NA |
| | 2. | Recommends tutorial or remediation materials as needed. | Yes No NA |
| | 3. | Recommends study skill methods as needed. | Yes No NA |
| ITEM 4 Student Safety | 1. | Keeps a student from using unsafe equipment or exposure to dangerous situations. | Yes No NA |
| | 2. | Instructs students concerning safe operation of equipment. | Yes No NA |
| | 3. | Models safety in class, shop, or lab. | Yes No NA |
| ITEM 5 Professional Behavior Towards Students | 4. | Respects student opinions and suggestions | Yes No NA |
| | 5. | Does not criticize students in front of other students. | Yes No NA |

Comments, Areas of Strength, Areas Needing Improvement, Prescribed Activities to Facilitate Improvement   Item #1:   Suggested that Mr. Harrison slow down in the delivery of Course Objectives for ITSE 1331 Introduction to Visual Basic.

　　　　　　　　Item #4:   Safety covered in the first week of class.