# EXHIBIT E

# DECLARATION OF SUE GARZA

1. My name Sue Garza. I am employed with Texas State Technical College ("TSTC") as an instructor at its Harlingen campus. In 2002 I was the CIS Division Director. TSTC's Computer Science Technology Department ("CST") was part of the CIS Division. Leonel Gomez was the CST program chair. Mr. Gomez reported to me. Plaintiff Jon Harrison was employed as a senior instructor in the CST department. I was his second level supervisor.

2. I have read the Declarations of Leonel Gomez and Stanley Pat Hobbs, filed in support of our Motion for Summary Judgment in this case. These declarations accurately reflect the events that occurred in April through June of 2002, related to TSTC's decision not to renew Mr. Harrison's contract. As reflected in their declarations, I fully agreed, approved and supported this decision.

3. Prior to my decision to recommend non-renewal, I attempted on several occasions to help Mr. Harrison change his behaviors. I counseled him personally. I sent emails regarding his insulting behavior. I approved of the Professional Development Plan that we utilized to try to improve Mr. Harrison's performance and attitude. His response to our efforts was always negative, snide and abusive. His attitudes did not change. Mr. Harrison was difficult if not impossible to talk to; he preferred to try to intimidate his way through any situation. The request we made to Mr. Hobbs that TSTC end its relationship with Mr. Harrison was not a decision that I undertook lightly. I felt that it was the appropriate step to take at the time. I still do.

4. I vividly remember Mr. Harrison's violent reaction to the news of his non-renewal. He stormed into my office and called me many cruel and inappropriate things in a loud voice, including a "terrorist" just like those who committed the September 11 attacks. I was personally and professionally relieved when he was no longer a TSTC employee.

5. As my associates have testified, the factors that caused me to recommend that Mr. Harrison's contract be non-renewed did *not* include anything related to Mr. Harrison's membership in the Texas Faculty Association ("TFA") or any union-related activities. At the time we made the decision, I did not know he was a member of TFA, or any union. I had never heard of or witnessed any conduct on Mr. Harrison's part that could be considered as "union" organizing or promoting membership in TFA, or the bringing of complaints or grievances on behalf of TFA members, or any such thing. At the time Mr. Harrison's contract was non-renewed, if TFA members at TSTC – Harlingen had meetings or officers or took any group action at all regarding activities or events or issues on our campus, I was not aware of it. None of this played any role in my decision to recommend non-renewal of Mr. Harrison's contract.

6. I have reviewed the incidents described by Mr. Harrison in his response to Defendants' interrogatories in this case as being those that he claims form the basis of his suit. The

only response by Mr. Harrison that even references "union" activities appears in a January 25, 2002, memo to David Turberville of the Faculty Senate regarding Mr. Harrison's complaints about what he calls his "oppressive workload." Prior to the exchange of documents in discovery in this case, I had not seen or heard anything about this email. I was not copied on this document and no one gave me a copy. Nothing in or about this email played any role whatsoever in my decision-making regarding Mr. Harrison.

7. I have personal knowledge of the facts stated in this declaration, and I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2006.

/s/ Sue Garza
SUE GARZA