IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court for consideration is Defendants' Motion for Summary Judgment. Having considered Defendants' motion, and any response thereto by Plaintiff, and the pleadings on file in this matter, the Court is of the opinion that Defendants' Motion for Summary Judgment has merit and should be granted.

It is therefore ORDERED that Defendants' Motion for Summary Judgment is hereby GRANTED. Plaintiff will take nothing by its suit against Defendants. Costs are adjudged against Plaintiff, Jon P. Harrison.

This is a final order. The Clerk shall prepare a judgment in accordance with this Order.

SO ORDERED.

Signed this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE