United States District Court
Southern District of Texas
FILED

APR 2 4 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON HARRISON § § § | |
| VS. § § | CIVIL ACTION NO. B-04-096 |
| TEXAS STATE TECHNICAL COLLEGE, § and Individual Defendants, DR. J. GILBERT § LEAL, PRESIDENT TSTC-HARLINGEN § PAT HOBBS, DEAN OF INSTRUCTION, § LEONEL GOMEZ, DEPARTMENT CHAIR § | |

## MOTION TO ENLARGE TIME TO
## RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff JON HARRISON and asks this court to grant additional time to respond to Defendant's Motion for Summary Judgment as authorized by Federal Rule of Civil Procedure 6(b), and in support would show the Court as follows:

### A. INTRODUCTION

1. Plaintiff sued Defendants alleging various constitutional, statutory and common law claims arising from his dismissal from Defendant Texas State Technical College.

2. On April 4, 2006, Defendants filed its Motion for Summary Judgment, making Plaintiff's response due on April 24, 2006.

3. Plaintiff has filed its Motion to enlarge/expand time to respond to the Motion because it has been unable to complete the discovery necessary to adequately respond to the Motion. Specifically, Plaintiff took the deposition of Defendant Dr. Gilbert Leal, but has not received a copy of the deposition transcript.

4. In addition, Plaintiff asked to take the deposition of Defendant Pat Hobbs. Mr. Hobbs was Plaintiff's supervisor and the person who recommended the termination of Plaintiff. When Plaintiff deposed Gilbert Leal, the College president, he deferred many of the responses regarding the circumstances of Plaintiff's termination to Defendant Hobbs. Plaintiff was unable to take the deposition of Defendant Hobbs because counsel for Defendant Terence Thompson is in trial in Travis County and unavailable to present his client for deposition. Plaintiff intends to take the deposition of Defendant Hobbs as soon as his counsel is available to present him for deposition.

## B. ARGUMENT

5. The court may grant a request for extension of time for "cause shown." Fed. R. Civ. P. 6(b).

6. Plaintiff requests additional time to respond to Defendants' Motion for Summary Judgment so it can complete the deposition of Pat Hobbs and receive the deposition transcript of Dr. Gilbert Leal.

7. Plaintiff asks the Court to extend the deadline to respond until May 15, 2006.

8. Plaintiff requests the additional time for cause shown in this motion and not to delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court to extend the time to respond to Summary Judgment.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: *(signature)*
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with Assistant Attorney General Terrence Thompson, attorney for Defendants, but counsel is in trial and has not responded to my attempts. Accordingly, I cannot represent to the Court whether counsel does or does not oppose the Motion.

_____
MIGUEL SALINAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment, via telefax and regular mail on this 2nd day of February, 2006, to the following attorney of record:

Terence L. Thompson
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512/320-0667 Telefax

Miguel Salinas