IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON HARRISON | § § § | |
| | § | CIVIL ACTION NO. B-04-096 |
| VS. | § § | |
| TEXAS STATE TECHNICAL COLLEGE, and Individual Defendants, DR. J. GILBERT LEAL, PRESIDENT TSTC-HARLINGEN PAT HOBBS, DEAN OF INSTRUCTION, LEONEL GOMEZ, DEPARTMENT CHAIR | § § § § § | |

### ORDER ON MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On _____, 2006, the Court considered Plaintiff's Motion to Enlarge Time to Respond to Defendants' Motion for Summary Judgment. After considering the Motion, the Court;

GRANTS Plaitniff's Motion to Enlarge Time to Respond to Defendant's Motion for Summary Judgment.

SIGNED on _____, 2006.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*/s/ Miguel Salinas*
Miguel Salinas