IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | C.A. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## DEFENDANTS' PROPOSED WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

    Now come Defendants and file this their proposed Witness List and would show the Court as follows:

1.     Plaintiff Jon Harrison
   c/o Miguel Salinas
   803 Old Port Isabel Road
   Brownsville, Texas 78521

2.     Gilbert Leal
   President
   Texas State Technical College
   Office of the President
   1902 N. Loop 499
   Harlingen, TX 78550
   (956) 364-4021

   Approved non-renewal of contract

3.     Pat Hobbs
   Vice President-Student Learning
   Texas State Technical College
   Address: Same as above
   (956) 364-4600

   Approved non-renewal of contract

4. Leo Gomez
   Instructor-Computer Science
   Texas State Technical College
   Address: same as above
   (956) 364-4688

   Former Supervisor and co-worker

5. Dennis Althoff
   Instructor-Computer Science
   Texas State Technical College
   Address: Same as above
   (956) 364-4689

   Worked with Jon Harrison

6. Tony Lozano
   Instructor-Computer Science
   Texas State Technical College
   Address: Same as above
   (956) 364-4686

   Worked with John Harrison

7. Edna Claus
   Program Chairman-Computer Science and Computer System Management Technology
   Texas State Technical College
   Address: Same as above
   (956) 364-4762

   Worked with Jon Harrison

8. Sue Garza
   Coordinator-Curriculum
   Texas State Technical College
   Address: Same as above
   (956) 364-4604

   Former Division Director- Computer Information System

9.  Cathy Maples
    Vice President-Student Learning
    Texas State Technical College
    Address: Same as above
    (956) 364-4602

    Brenda Parker's Supervisor

10. Brenda Parker
    Former Instructor-Instructional Development
    Rt-1 Box 205
    Raymondville, TX 78580
    (956) 347-3330

    Observed Jon Harrison classroom

11. Darrelll Whitney
    Blue Rio Company

    Observed Plaintiff's statements about the TSTC students.

Defendant reserves the right to call any witness properly designated by any party and to cross-examine any witnesses called by the Plaintiff in his case in chief or in rebuttal.

Defendant has not determined at this time if it will need to call rebuttal witnesses, but reserves the right to do so should circumstances warrant.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    BARRY R. McBEE
    First Assistant Attorney General

    EDWARD D. BURBACH
    Deputy Attorney General for Litigation

    JEFF L. ROSE
    Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689
SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent by electronic notification on May 1, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General