IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

**JOINT MOTION TO EXTEND**
**FINAL PRETRIAL ORDER  DEADLINE**

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Now come the parties, Plaintiff, Jon P. Harrison, and Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal ("Leal"), Pat Hobbs ("Hobbs"), Zulema Garza ("Garza"), and Leonel Gomez ("Gomez") (collectively, "Defendants"), by and through their attorneys of record, and file this Joint Motion to Extend the Final Pretrial Order Deadline, and in support thereof, would show the Court as follows:

1.　On February 10, 2006, this Court entered an Amended Scheduling Order that is currently in effect.

2.　The Scheduling Order sets Friday, May 5, 2006 as the deadline to file the Joint Pretrial Order.  A final pretrial conference is scheduled for May 31, 2006.  The case is on the trial docket for June 2006.

3.　Pending before the Court is the Defendants' Motion for Summary Judgment. Plaintiff's response to the motion was due on April 24, 2006.  Plaintiff has filed a motion to enlarge time to respond, informing the Court that Plaintiff wishes to take the deposition of Pat Hobbs, one of Plaintiff's supervisors who recommended his termination.  Defendants do not object to Plaintiff's

motion, and have agreed to produce Mr. Hobbs for his deposition on three alternative days between May 10 and May 18, 2006.

4.  In light of the fact that Plaintiff has not yet responded to Defendants' summary judgment motion, and that, in turn, the Court has not yet had the opportunity to make a ruling on the motion, the parties jointly request that the Court postpone the date for the parties to prepare and file their pretrial order.  They further request that this deadline be extended until after the Court rules on summary judgment or until May 26, 2006, whichever occurs first, or, alternatively, until such future date as the Court might direct.

WHEREFORE, the parties pray that this motion be granted.

DATED:   May 5, 2006.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District Bar No. 26689

SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS



LAW OFFICE OF MIGUEL SALINAS


 /s/ Miguel Salinas
By permission   /s/ Shelley N. Dalhberg
MIGUEL SALINAS
Attorney in Charge for Plaintiff
State Bar No. 17534750
Southern District No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115
(956) 550-1134 FAX

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document will be sent by electronic notification on March 31, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General