## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## –BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON,<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al.,<br>　　Defendants. | §<br>§ | |

**ORDER**

On February 10, 2006, the Court held a telephonic conference in which Defendants' Motion to Compel Discovery, Motion for a Protective Order, and Motion to Extend Scheduling Order Deadline for Filing Dispositive Motions [Docket No. 20] and Plaintiff's Motion to Extend Scheduling Order Deadline for Filing Dispositive Motions and Discovery Deadline [Docket No. 23] were discussed.  The parties agreed to work out the discovery dispute that is reflected in those filings.  Therefore, Docket Nos. 20 and 23 are hereby **DENIED as moot**.

Also pending before the Court are Defendants' Motion to Enlarge Dispositive Motions Deadline [Docket No. 27], Defendants' Motion for Summary Judgment [Docket No. 28], Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment [Docket No. 29], and the Joint Motion to Extend Final Pretrial Order Deadline [Docket No. 31].  Having considered the arguments of the parties and all other documents on file, the Court hereby issues the following rulings:  Defendants' Motion to Enlarge Dispositive Motions Deadline [Docket No. 27], Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment [Docket No. 29], and the Joint Motion to Extend Final Pretrial Order Deadline [Docket No. 31] are **GRANTED**.  Plaintiff is hereby **ORDERED** to respond to Defendants' Motion for Summary Judgment by May 19, 2006.  The parties are hereby

**ORDERED** to file a Joint Final Pretrial Order by June 19, 2006. Final Pretrial is hereby set for June 29, 2006, at 1:30 p.m. Jury selection is scheduled for June 30, 2006, at 9:00 a.m.

Signed in Brownsville, Texas, this 9th day of May, 2006.

                                                Andrew S. Hanen
                                       United States District Judge