IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |
|     Defendant | § | |

## MOTION FOR LEAVE TO SUPPLEMENT
## PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

**TO THE HONORABLE JUDGE ANDREW S. HANEN:**

1. Plaintiff has filed his preliminary response to the pending motion for summary judgment today, May 19, 2006, as required by the Court's current Order.

2. For the reasons stated in the attached Sworn Declaration of John E. Schulman, Plaintiff seeks leave to file a supplementary response on or before May 31, 2006, in order to address relevant testimony from Defendant Hobbs given during his May 17, 2006 deposition.

    Respectfully submitted,

By:----------*s*------------
John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas 75231
SBN 17833500/ Fed. I.D. 6959
Telephone: (214) 361-2580
Facsimile: (214) 361-2580
jschulman@schulmanlaw.com

Miguel Salinas
803 Oil Port Isabel Road
Brownsville, Texas 78521
SBN: 17534750/FID: 15171
Telephone: (956) 550-1115
Facsimile: (956) 550-1134
ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that on this the 19th of May, 2006, I attempted to contact Mr. Terence Thomson, opposing counsel to determine if this motion was opposed or unopposed and he was unavailable. However, during the course of the deposition, as noted in the attached sworn declaration, the parties stipulated, that in order to expedite matters and save the Court's time, an unsigned copy of the deposition transcript of Defendant Hobbs could be used in Plaintiff's summary judgment response. In that connection, counsel for the parties had been advised that the transcript would be available by May 24, 2006.


John E. Schulman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States mail on this the 19th of May, 2006, to the foregoing attorney of record:

Mr. Miguel Salinas
803 Oil Port Isabel Road
Brownsville, Texas 78521
SBN: 17534750/FID: 15171
Telephone: (956) 550-1115
Facsimile: (956) 550-1134
ATTORNEY IN CHARGE FOR PLAINTIFF

Terence L Thompson
Office of Attorney General
P O Box 12548
Austin, TX 78711-2548
Telephone: 512-463-2120
Fax: 512-320-0667 fax
LEAD ATTORNEY FOR DEFENDANT

--------------s-----------------
John E. Schulman
Co-Counsel for Plaintiff