IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **JON P. HARRISON** § | |
| **Plaintiff** § | |
| § | |
| vs. § | **Civil Action No. B-04-096** |
| § | |
| **TEXAS STATE TECHNICAL COLLEGE,** § | |
| **et al.** § | |
| **Defendants** § | |

## SWORN DECLARATION OF JOHN SCHULMAN

1. My name is John Schulman. I am over the age of 21 and am competent to make this declaration. I swear upon my oath that the information contained herein is within my personal knowledge and is true and correct.

2. I am co-counsel for Plaintiff, Jon Harrison in the above styled litigation.

3. The parties completed the deposition of Defendant Pat Hobbs on May 17, 2006, an agreed upon date. The court reporter has advised me that Defendant Hobbs' deposition transcript will be available by May 24, 2006. The parties stipulated on the record during the course of Defendant Hobbs' deposition that an unsigned copy of the transcript could be used in response to the pending motion for summary judgment in order to expedite matters and save the Court's time.

4. The Court should consider the deposition of Defendant Hobbs in ruling on the pending Motion for Summary Judgment. Among other things, during his deposition, Defendant Hobbs admitted the following:

    a) *Prior to thetime he recommended Plaintiff's non-renewal* Hobbs knew that Plaintiff Harrison had stated publicly that the management's practice of over-scheduling faculty was the sort of policy which forces employees to form unions*;* and
    b) Hobbs admitted that he considered such a statement to be another example of Plaintiff's status as a *malcontent.*

5. A supplementary response addressing the testimony of Defendant Hobbs should be available on or before May 31, 2006, given the anticipated delivery date of the transcript and the occurrence of the Memorial Day weekend.

_____s/_____
JOHN E. SCHULMAN