IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |
|     Defendant | § | |

## ORDER

The Court has considered Plaintiffs motion for leave to file a supplement to his summary judgment response and is of the opinion that the motion should be **GRANTED**; and it is therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff may file his supplemental response on or before May 31, 2006.

SIGNED this _____ day of _____, 2006.

_____
JUDGE ANDREW S. HANEN