IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JON HARRISON §<br>§<br>§<br>VS. §    CIVIL ACTION NO.B-04-096<br>§<br>TEXAS STATE TECHNICAL COLLEGE, §<br>and Individual Defendants, DR. J. GILBERT §<br>LEAL, PRESIDENT TSTC-HARLINGEN §<br>PAT HOBBS, DEAN OF INSTRUCTION, §<br>LEONEL GOMEZ, DEPARTMENT CHAIR § | |

AFFIDAVIT OF JON HARRISON

1. My name is Jon Harrison. I am over the age of 18 and legally competent to give this affidavit. I have never been convicted of a felony or a crime of moral turpitude. I am a citizen of the United States and a resident of Hidalgo County. The following factual statements contained herein are true and correct and based on my own personal knowledge.

2. I am the Plaintiff in the above referenced cause of action. I worked for Texas State Technical College for 19 years. While I was employed for the college I worked as an instructor, and senior instructor. I also held the assignment of Program Chair for thirteen of my nineteen years with the college.

3. As part of my job with the college, I received annual evaluations. Every evaluation I received was satisfactory.

4. As a faculty instructor at TSTC, I enjoyed academic freedom. Academic freedom allowed instructors to critically challenge the status quo and express our views in an atmosphere free of retaliation. During the time I was with the college, I critically challenged both my students and my colleagues. When I spoke with my colleagues I was brutally frank and used language that was used and accepted by several of my peers. For most of my tenure, my language was never an issue or brought to my attention as being unacceptable. The only time I was counseled regarding my language was while I was in my office. At that time, I thought I was alone and spilled the contents of my briefcase. I apparently used an expletive when I spilled the contents. I learned that I was not alone and my comment was overheard by a colleague. She took offense to my expression and reported it to administration When it was brought to my attention I apologized and thought the issue had been resolved.

5. In the nineties, I felt the college was changing and faculty was being overworked and overburdened. I became concerned with the attitude because it watered down the quality of the

educational experience of our students. I became vocal about the increased workload and the lack of continuing professional education for instructors. I felt the issue touched on our ability to deliver a quality product to our community and felt the issue needed to be discussed publicly. I attended several faculty meetings and wrote several memoranda discussing these issues. I also addressed the issue of people being promoted to higher positions that were not advertised to the general public. In response, I became the victim of retaliation. Specifically, I had my program chair assignment removed 6 days after I inquired about the hiring process at the College.

6. In response to the colleges's attitude towards faculty, I joined the Texas Faculty Association to protect my rights and have like minded individuals pressure the college to upgrade its methods of fulfilling its educational mission. I learned very quickly, the administration was very anti-union. In fact, after I was terminated, the college terminated the president and vice-president of the newly formed chapter of TFA at the Harlingen campus.

7. In the summer of 2002, I learned I was going to be terminated when my contract was not renewed for the 2002-2003 school year. I was not given a reason for my termination but learned the college is saying I had been a constant source of disruption for many years. I know the college has a mechanism to address problems regarding these types of actions. I was never counseled, warned or disciplined about my conduct. On the contrary, I continued to receive good evaluations even after I was told I was going to be terminated. It is my contention I was terminated for exercising my rights to free speech and association.

FURTHER, AFFIANT SAYETH NOT.

_____
JON P. HARRISON

SUBSCRIBED AND SWORN TO BEFORE ME on this 19th day of May, 2006, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas