# TEXAS STATE TECHNICAL COLLEGE-HARLINGEN

| TITLE | EMPLOYMENT CONTRACTS | NUMBER 2.54 | PAGE 1 of 3 |
|---|---|---|---|
| AUTHORITY | Minute Order #60-94 | DATE | Updated 09-01-00 |

**POLICY**
It is the policy of Texas State Technical College to employ all teaching faculty by term contracts not to exceed one year; and that the Board of Regents may employ a chancellor or other executives for multi-year periods at its discretion.

**PERTINENT INFORMATION**
The fiscal year for Texas State Technical College begins on September 1st and ends on the following August 31st of each year. Contracted periods of employment are normally for one fiscal year at a time and may be for twelve months or less, depending on the position available and the need for services. Employment contracts will be offered on an annual basis; however, annual appointments are contingent upon and concurrent with the approval of the operating budget each year.

The period of contracted employment for nine-month employees normally extends September 1st through May 31st of the following year. Contracts for nine-months employees may be extended into the off semester, depending on the need for their services. **Members of the teaching faculty employed on a nine-month contractual basis are to work the mandatory 40-hour week during the entire period stated in their appointments except for College designated holidays.** Preparation and improvement of courses, research, student advisement, study and special duties normally occupy their time when classes are not in session. **All departments must be open for normal business when classes are not in session and shall assign staff on an availability basis. In addition, each department is required to have sufficient staff on hand to conduct tours, and to counsel new and/or perspective students.**

**All personnel employed by Texas State Technical College who are paid on a full-time basis will work a minimum of 40 hours a week.** The working hours of certain members of the teaching faculty or staff may vary, depending on the position held. Some positions require a greater number of actual working hours than do others, and the acceptance of such requirements is a condition of employment for personnel employed in these positions.

EXHIBIT
C
ACTION REPORTING

| OFFICE OF RESPONSIBILITY: | Director-Human Resources | |
|---|---|---|
| PRESIDENT: | Dr. J. Gilbert Leal | DATE: 1-11-01 |

# POLICY AND PROCEDURE

*Employment Contracts*
*Page 2 of 3*

The normal office hours of the College shall be 8:00 to 12:00 noon and from 1:00 p.m. to 5:00 p.m., Monday through Friday. These shall be the regular hours of work for full-time employees, except those employed by departments or units with functions which preclude an 8:00 a.m. to 5:00 p.m., Monday through Friday work schedule. The work schedule of such departments shall be prescribed by the appropriate Dean or Supervisor.

Employees who are employed on a contractual basis are expected to report for duty on September 1st or other date as may be required by the terms of employment. Personnel whose duties require them to report for work a few days prior to September 1st will be granted compensatory time off during the ensuing period of their employment contract to compensate for the period of duty in August. Any other absences from work which occur during the contracted period of employment, other than designated College holidays, will be requested and approved in accordance with College regulations governing leaves of absence.

Members of the faculty and staff on part-time appointments shall be paid at rates commensurate with their abilities and the time they devote to part-time work. However, the rates of pay for persons employed on part-time basis shall not exceed the proportional compensation rates for full-time employment.

It is the intention of Texas State Technical College-Harlingen to continue full operations in all semesters of the school year, including summer. Therefore, faculty who are employed under a nine month contract may also be offered and expected to accept a separate contract to work their "off semester." Every effort will be made to rotate these extra assignments on an equitable basis from year to year.

**A contract of employment with Texas State Technical College creates a property interest in the position only for the period of time stated in the contract. Such a contract creates no property interest of any kind beyond the time stated in the contract. Further, declines in enrollment and financial exigencies could result in premature termination or non-renewal of a contract. Also, an employee may be terminated at any time for cause.**

## PROCEDURES

Effective September 1, 1994, all faculty members shall be employed under either a twelve-month or nine-month contract. College management will determine the length of the contract offer as appropriate.

Faculty members who are employed for a nine-month term may also be employed under a separate contract for the "off-semester" term depending upon the college workload needs. Normally, the "off-semester" for a faculty member will be the summer semester; however, in order to level workloads, management may request a faculty member to work semesters other than fall, winter and spring as a regular assignment. In this event, the "off-semester" would be a semester other than summer. **Normally "off-semester" term contracts will be for a 12 week period or less and will not be offered before January of each year.** Full-time "off-semester" term contract employees may be compensated at the same rate they earn for the balance of the year or they can be adjusted in accordance with pay grade standards.

# POLICY AND PROCEDURE

*Employment Contracts*
*Page 3 of 3*

Employment contracts will normally be offered by May for the following fiscal year; however, employment contracts are dependent upon adoption of the General Appropriations Act by the State Legislature.

With the exception of faculty members who have appointments of less than twelve-months, all employees are entitled to a paid vacation as determined by length of service.

When converting teaching faculty from nine-months to twelve-months, the conversion incentive (equivalent 12 month vacation pay) will be removed from the salary in the event it has been included.

Beginning September 1, 1994, when converting from twelve-month to nine-month contract periods, the conversion incentive (equivalent 12 month vacation pay) will no longer be used.

When converting from nine-month to twelve-month contracts, annual leave which has been held in escrow will be available for use by the affected employee.

Pay rate for twelve-week contracts may be adjusted to meet management needs; however, the twelve-week contract pay rate will normally be at the nine-month rate.

**PAYMENT SCHEDULE**
Beginning September 1, 1994, teaching faculty contracted to work nine-months will have the option to be paid over the nine months of actual work or the twelve-month fiscal year. Teaching faculty contracted to work nine months who opt to be paid over the period of the nine-month contract will have all anticipated monthly deductions to cover benefit obligations during the off quarter. This arrangement eliminates potential problems in providing benefits to employees that would occur if no payment was made to certain employees during the off semester.