

# TEXAS STATE TECHNICAL COLLEGE-HARLINGEN

| TITLE | DISCIPLINE AND DISMISSAL, OF CONTRACT EMPLOYEES | NUMBER 2.57 | PAGE 1 of 6 |
|---|---|---|---|
| AUTHORITY | SOS HR 2.4.2 dated 03/23/95 | DATE | Revised 03-01-99 |

**PERTINENT INFORMATION**
Nothing in this operating standard is intended to limit the College's right to manage and direct its workforce and operations, including the right to adopt or alter any rule, regulation, policy or practice.

**DELEGATION OF AUTHORITY**
The College President has delegated authority to the Director - Human Resources to establish operating procedures to implement this System Operating Standard. The Office of the General Counsel in concert with the System Office of Human Resources will recommend official changes to the system operating standard.

**OPERATING REQUIREMENTS**
The appeal procedures for disciplinary action, up to and including dismissals, applies to all except:

    a.    A probationary employee may be dismissed at any time prior to the end of the probationary period with or without cause and without recourse to the appeal procedure. Counseling is not a prerequisite for dismissal during the probationary period.

    b.    Professional and administrative staff who **serve without contracts**.

    c.    Employees suspended with pay pending investigation of allegations relating to the employee. Oral warnings or corrective counseling and such informal, remedial actions.

    d.    Termination of employment as a result of:
        1) a financial exigency;
        2) a funding source withdrawn or disrupted or not realized;
        3) a re-organization or abandonment of programs which may be resolved under the provisions of a reduction in force procedure;


EXHIBIT
ACTION REPORTING



| OFFICE OF RESPONSIBILITY: Director - Human Resources | | |
|---|---|---|
| PRESIDENT: | Dr. J. Gilbert Leal | DATE: 4-7-99 |

# POLICY AND PROCEDURE



*Discipline and Dismissal, of Contract Employees*
*Page 2 of 6*

## DISCIPLINE AND DISMISSAL POLICY AND PROCEDURE

A. <u>Requisite Standards of Conduct</u>

TSTC has established performance standards for all employees and employees are expected to acquaint themselves with required performance criteria for their particular job along with all rules, procedures, and standards of conduct established by the employing unit, division or department. Those employees failing to satisfy the responsibilities as set forth in such rules, procedures and standards are subject to adverse personnel actions.

B. <u>Conduct Which is Subject to Disciplinary Action</u>

1. Poor Work Performance



a) The general standard of work performance of employees should exceed the merely satisfactory level, and employees are expected to strive for excellence. The failure of an employee to achieve established standards of productivity and/or other evidence which indicates a failure to maintain work performance standards may constitute good cause for disciplinary action. **The term "work performance" shall be all inclusive and shall pertain to every aspect of an employee's work and behavior on the job including the ability to work harmoniously with other employees.**

b) Work Performance is to be judged by the formal supervisory evaluation process which describes the quality and quantity of work performed by each employee. When, in the opinion of the supervisor, the work performance of an employee is unsatisfactory, the supervisor is expected to take appropriate disciplinary action.

2. Misconduct

a) All TSTC employees are expected to adhere to such standards of conduct that will result in a productive environment. Disciplinary action must be equitably imposed for unacceptable conduct.

b) Examples of misconduct include but are not limited to:



1) Falsification of time sheets, personnel records or other records of the College;

2) Violation of safety rules or accepted safety or risk management practices;

3) Refusal to follow instructions or to perform designated work that may be required or refusal to adhere established rules and regulations;

# POLICY AND PROCEDURE

*Discipline and Dismissal, of Contract Employees*
*Page 3 of 6*

4) Neglect of duties, or failure to meet a reasonable and objective measure of efficiency and productivity;

5) Smoking in areas where prohibited;

6) Gambling, or participation in other games of chance on the premises at any time;

7) Soliciting, collecting money or circulating petitions on the premises other than within the rules and regulations of the College;

8) Possessing intoxicants or drugs in the workplace or the use of intoxicants or drugs during working hours;

9) Abuse or waste of tools, equipment, fixtures, property, supplies, or goods of the College or any item on loan and under the control of the College;

10) Creating or contributing to unhealthy or unsanitary conditions;

11) Failure to cooperate with supervisor or co-worker, impairment of function of work unit, or disruptive conduct;

12) Disorderly conduct, horseplay, harassment of College personnel, including racial and/or sexual harassment, or use of abusive language on the premises;

13) Fighting, agitating a fight, threatening or attempting bodily harm or causing injury to another employee of the College;

14) Failure to meet a reasonable and objective measure of efficiency and productivity;

15) Theft, dishonesty or unauthorized use of College property or equipment, including College records and/or confidential information;

16) Creating a condition hazardous to the individual or fellow employee;

17) Refusal to follow instructions or to perform designated work in the time prescribed that may be required or refusal to adhere to established rules and regulations;

18) Repeated tardiness or absence, absence without proper notification to the supervisor or without satisfactory reason or unavailability for work;

19) Violations of College policies or rules;

## POLICY AND PROCEDURE



*Discipline and Dismissal, of Contract Employees*
*Page 4 of 6*

       20)  Other acts or omissions of misconduct determined to be negligent.

C. <u>Investigation of Unsatisfactory Behavior</u>

1. All observed or reported incidents that involve the potential for disciplinary action shall be investigated by the employee's supervisor.

2. The supervisor shall obtain convincing evidence that the employee engaged in conduct which warrants disciplinary proceedings prior to instituting a disciplinary action.

3. The investigating supervisor is encouraged to discuss the results of the investigation with the Director of Human Resources and should apprise the Division Dean.

D. <u>Disciplinary Actions Relating to Separation or Demotion</u>





These procedures cover action leading to a hearing appeal to the following types of discipline:

1. <u>Temporary Suspension Without Pay</u> - An employee may be suspended without pay for any period of time not exceeding five days as a disciplinary measure. This action may be taken with the Dean's and President's approval when the employee's conduct requires more severe action than a written reprimand and dismissal may be adjudged as too severe.

   a. If approved, the requisite personnel action and supporting documentary material shall be included in the employee's personnel file.

   b. When an employee is <u>suspended without pay</u> he or she will retain his or her status as a state employee under the terms established in the state statutes. Should an employee fail to report for work at the end of the suspension period without good cause, that employee will be deemed to have abandoned the position.

   c. The employee may formally appeal a suspension without pay under the provisions of a formal hearing.

   d. If, after the appeal has been completed and it is determined that the employee was suspended without pay unjustly, the employee shall receive back pay for the suspension period.



# POLICY AND PROCEDURE



*Discipline and Dismissal, of Contract Employees*
*Page 5 of 6*

2. <u>Demotion for Cause</u> - An employee may be demoted for disciplinary reasons.

   a. A supervisor shall determine when an employee has engaged in conduct warranting demotion and prepare a report and recommendation containing the information specified above.

   b. The report defining the problem in terms of established policies and/or procedures along with a recommendation for resolving the problem shall be forwarded to the appropriate Dean for review and to the President for approval or disapproval.

   c. If approved, the required personnel action and the supporting documentary material shall be placed in the employee's personnel file.

   d. Should the demotion be appealed and evidence determines that the employee was demoted without adequate cause, the employee shall be restored to his original position; receive any lost back pay during the period the demotion was in effect; and his personnel record will be amended to reflect the correction.



3. <u>Dismissal</u> - In some circumstances, an employee's conduct and/or work performance may warrant termination of employment.

   a. Employees, may be suspended with pay during the investigation period until the president reaches a decision in the case. Such suspension will be described in the termination letter to the employee.

   b. When circumstances warrant, the reviewing Dean after approval by the President may terminate the employee without pay following the pre-disciplinary hearing.

   c. If, after an appeal, it is determined that the dismissal was without adequate cause, the employee shall be reinstated in the same position held at the time of dismissal and shall receive back pay, less any unemployment benefits paid, to the date of dismissal. Benefits, such as vacation and sick leave, accruing to the employee shall be reinstated to the date of dismissal, except when prohibited by state statutes.

### The Formal Initiation and Resolution of Disciplinary Action



Step 1:    Disciplinary proceedings may be initiated by an employee's immediate supervisor who becomes aware of the need to remedy a situation by appropriate disciplinary action.

# POLICY AND PROCEDURE



*Discipline and Dismissal, of Contract Employees*
*Page 6 of 6*

Step 2:    All **proposed disciplinary actions** shall be reduced to a written report with recommendations which shall:

    a) specify the approved policy at issue and describe the conduct of the employee that contravenes that policy;

    b) describe where, and when appropriate, any previous efforts to inform the employee of the need to change work habits pertinent to the situation or circumstance;

    c) list appropriate, further adverse personnel actions the employee can expect through failure to accept satisfactory remedies.

Step 3:    A written report Documenting the proposed Disciplinary Action, including the results of any investigation will be prepared by the Supervisor. This report will be reviewed with the Division Dean and a representative from the Human Resources Office to determine if the grounds for the recommended action is sufficiently documented. If it is their consensus that such is the case, the supervisor will schedule a predisciplinary hearing as outlined below:



### Pre-disciplinary Hearings

1. An employee shall be informed of the basis for any proposed disciplinary action resulting in suspension, demotion or dismissal and have an opportunity to respond in the presence of his/her supervisor, Dean, and representative from the Human Resources Office. This hearing is not intended to replace the due process hearing as provided for in the appellate procedures outlined in the Policy and Procedure 2.2 Appealing Severe Disciplinary Action. This hearing may be waived by the employee.

2. There is no prescribed form for this Pre-disciplinary hearing. It should be informal; however, before reaching a final decision to recommend discipline, the reviewing Dean shall:

    a. Inform the employee, of the reasons for the proposed disciplinary action, the facts upon which the supervisor initiating the action relies and the names of any persons who have made statements about the disciplinary incident and the content of such statements.



    b. Give the employee, an opportunity to respond to the charges either orally or in writing. The response shall be provided by the employee within a reasonable period of time, not to exceed five working days.

Step 4:    If after the Pre-disciplinary hearing, the Dean approves the recommendation such recommendation will be forwarded to the President for approval/disapproval.