TEXAS STATE TECHNICAL COLLEGE SYSTEM
SYSTEM OPERATING STANDARD

| No. ES 1.02 | Page 1 of 37 | Effective Date: 07/27/01 |
|---|---|---|
| DIVISION: | Educational Services | |
| SUBJECT: | Faculty Evaluation | |
| AUTHORITY: | Minute Order #65-01 | |
| SUBMITTED BY: | *Gary Hendricks* (signature) | |
| TITLE: | Executive Vice Chancellor | Date: 07/27/01 |
| APPROVED BY: | *Bill Segura* (signature) | |
| TITLE: | Chancellor | Date: 07/27/01 |

STATUS: Approved by BOR 7/27/01

HISTORICAL STATUS:  Approved by MC 6/29/01
Updated 5/19/01
Proposed 04/27/01
Approved 06/25/79

## POLICY

It is the policy of Texas State Technical College to provide faculty employees with a process for feedback as related to job performance. Processes used shall be neutral with respect to race, color, gender, religion, national origin, age and disability.

## PERTINENT INFORMATION



EXHIBIT E — ACTION REPORTING

## OPERATING REQUIREMENTS

1. Faculty evaluations are to be administered in accordance with the included document titled: **Three Year Faculty Evaluation Cycle**

2. Faculty performance-based increases and awards (ref. SOS HR 2.2.9) must be supported by the evaluation documentation as detailed in this SOS. Unsupported performance-based increases and awards will not be distributed.

3. Each college may establish an appeals process to address appeals of the outcome of this evaluation process.

Page 2
ES.1.02 Faculty Evaluation

## DELEGATION OF AUTHORITY

The Board of Regents authorizes the Chancellor and the Presidents to administer this procedure as appropriate.

## PERFORMANCE INDICATORS

1. Performance evaluations are administered in accordance with the published policy.

2. The evaluation process provides the faculty with feedback in order to improve the learning experience for the students of Texas State Technical College.

## COLLEGE OPERATING PROCEDURE

| COLLEGE | | Page 1 of |
|---|---|---|
| OFFICE OF RESPONSIBILITY: | | |
| APPROVED BY: | | |
| TITLE: | | Date: |

Page 3
ES.1.02 Faculty Evaluation

Instructions for Completion
of the
THREE YEAR FACULTY EVALUATION CYCLE
and
Its Attendant Forms

# Table of Contents

I. OVERVIEW OF FACULTY PERFORMANCE EVALUATION PROCESS.................................................5

II. INSTRUCTIONS FOR COMPLETION OF SELF/SUPERVISOR-EVALUATION FORM ............................6

III. INSTRUCTIONS FOR COMPLETION OF THE CLASSROOM DOCUMENT REVIEW FORM ...............26

IV. INSTRUCTIONS FOR COMPLETION OF THE CLASSROOM OBSERVATION FORM .........................29

V. INSTRUCTIONS FOR COMPLETION OF THE CLASSROOM PEER EVALUATION FORM..................32

VI. INSTRUCTIONS FOR COMPLETION OF THE PROFESSIONAL DEVELOPMENT PLAN FORM .......35

# OVERVIEW OF
# FACULTY PERFORMANCE EVALUATION PROCESS

Complete evaluation of Faculty Performance is designed as a three-year process that commences when the faculty member is hired. A different portion of the evaluation is done every year, so that the evaluation process repeats every three years. The goal of the evaluation is to improve the performance of the faculty member, by encouraging proven good performance and improving instructional delivery in areas that are not as effective as they should be.

Faculty Performance Evaluation should be embraced as the most efficient method of performance diagnostics and improvement available to employees. Full participation by the faculty member is almost guaranteed to shape him or her into a better faculty member. This process will also be used to evaluate adjunct faculty as appropriate.

In addition to feedback from annual student ratings and the self /supervisor evaluation of the faculty member, there are four main forms that shape the evaluation process:

1. Classroom Document Review
2. Classroom Observation
3. Classroom Peer Evaluation
4. Professional Development Plan

This document is an explanation of where, why, when, how, and by whom these documents get completed as the evaluation process goes forward.

The evaluation calendar is based on the fiscal year, starting September 1 and ending August 31 of the next year. The Classroom Document Review form is used during the first year of the cycle, followed by the Classroom Observation form in the second year and the Classroom Peer Evaluation form in the third, after which the process repeats.

Each year as the evaluation documents are completed, the faculty member's performance is judged adequate or not by the faculty's supervisor. The results of the evaluation will be used to establish the Professional Development plan for the following year. The Professional Development Plan then becomes part of the evaluation process for the following year. The evaluation instruments are filed in Human Resources to document the process.

# INSTRUCTIONS FOR COMPLETION
# OF
# SELF/SUPERVISOR-EVALUATION FORM

The Self/Supervisor-Evaluation instrument will be used for all faculty members with the rank of Instructor, Senior instructor, Master Instructor, Associate Professor and Professor. In addition, Cluster Directors will use it to evaluate Department Chairs on their instructional, departmental, and college responsibilities. The form will be completed on an annual basis, except for probationary faculty who will be evaluated 60 days after hire and then at the six month mark during the one year probationary period. Self-evaluation using this form can take place whenever the faculty member wishes to complete the form. It can be used to compare and contrast with the Supervisor evaluation, and can be attached to that instrument (or not) when it is filed at Human Resources, at the option of the faculty member.

When the supervisor completes the form each year, he or she will have access to student rating data and one of the "Classroom" instruments. The supervisor should remember that a poor student evaluation does not necessarily indicate a poor faculty member, nor does a good evaluation always indicate a good faculty member. The student rating data and "Classroom" instrument are merely additional avenues of feedback regarding an faculty member's performance. The supervisor should exercise his or her best judgment therefore, and factor in all known elements when evaluating each area of performance. He or she should remember that data gathered from several ratings taken at different times and from differing perspectives are more likely to reflect the true situation regarding an faculty member's performance.

The supervisor should assign one and only one rating in each of the sixteen items by circling the rating.

## EXPLANATION OF RATINGS

The evaluation items and their performance criteria are listed on pages 2-9 of this manual. General guidelines regarding the ratings are as follows.

**Expected Performance**

The Expected Performance rating carries with it one or more criteria that define what is expected from a faculty member in that area. A rating of Expected Performance indicates the faculty member has met all the criteria (requirements) for that item. The faculty member must demonstrate the achievement of all criteria listed within the Expected Performance rating to obtain the rating of Expected Performance.

**Exceptional Performance**

A rating of Exceptional Performance indicates the faculty member has gone beyond the scope of the expected and has made additional accomplishments in service to students, the college, or the community. All of the criteria for Expected Performance must be met before a faculty member is eligible to receive an Exceptional Performance Rating. If an evaluator is granting an Exceptional Performance rating, the specific criteria that define the rating must be listed in the comment section. Undocumented Exceptional Performance will cause the rating to revert to Expected Performance rating. Some possible Exceptional Performance criteria are listed as guidelines for some of the evaluation items, but these are not meant to be all-inclusive.

Page 7
ES.1.02 Faculty Evaluation
**Needs Improvement**

When any of the criteria in the Expected Performance Rating are not met, the Needs Improvement Rating must be given. Likewise, if any of the criteria or situations within the Needs Improvement area have occurred, the evaluator must rate the faculty member as Needs Improvement for that item. A rating of Needs Improvement indicates there are deficiencies in the usual and expected work of the faculty member. The deficiencies must be specific and documentable. They must also be correctable through prescriptive activities that will be formulated in a Professional Development Plan by the individual faculty member, the Department Chair, the Development Officer and Dean of Instruction. The Development Plan includes time frames for completion and evaluation of activities.