| | |
|---|---|
| From: | "Jon Harrison" <jharriso@HARLINGEN_DOM.HARLINGEN_PO> |
| Organization: | Texas State Technical College |
| To: | mprepejc@harlingen.tstc.edu |
| Date sent: | Wed, 1 Sep 1999 09:35:25 CST6CDT |
| Subject: | (Fwd) Director- Institutional Effectiveness |
| Priority: | normal |

I'm impressed!  No advertisement, no interviews, no nothing.

Does this in any way remind you of Chris Lucio?

J. P. Harrison

==============================================
------ Forwarded Message Follows ------

| | |
|---|---|
| From: | "J. Gilbert Leal" <jgleal@harlingen.tstc.edu> |
| Organization: | Texas State Technical College |
| To: | "Campus Wide Message from Dr. Leal"@dns.harlingen.tstc.edu |
| Date sent: | Tue, 31 Aug 1999 16:57:06 -0500 |
| Subject: | Director- Institutional Effectiveness |
| Priority: | urgent |

Effective September 1, 1999, Blanca Bauer will be promoted to the position of Director-Institutional Effectiveness.  Mrs. Bauer worked closely with Dr. Brittan for the last two years and her experience will lead to a smooth transition.  I am counting on your continued support for this extremely important function.



EXHIBIT F
ACTION REPORTING