# *INTEROFFICE MEMO*



Texas State
Technical College

Harlingen

Date: September 7, 1999
Ref. No: PH:003:99-00

To: Mary Prepejchal, HR Director

From: Pat Hobbs, Dean of Instruction     *[signed]* 9-7-99

Subject: CHANGE OF PROGRAM CHAIR ASSIGNMENT

Effective immediately, I am rescinding the Program Chair assignment awarded to Jon Harrison in the Computer Science Technology department, and assigning that responsibility and requisite monthly additional pay of $200 per month to Mr. Larry Alexander.

Please correct payroll records to reflect this assignment change in the September payroll. Should you have any questions, please feel free to call me.

Cc: J. Gilbert Leal, President
    Cathy Maples, Associate Dean
    Jon Harrison, CST Instructor

EXHIBIT 9
ACTION REPORTING