# *INTEROFFICE MEMO*



Texas State
Technical College
Harlingen

Date: June 12, 2002

Ref. No: PH:032:01-02

To: Dr. J. Gilbert Leal, President

From: Pat Hobbs, Dean of Instruction

Subject: Contract Non-Renewal Recommendation—Jon Harrison, CST Faculty

As Dean of Instruction for TSTC Harlingen, I hereby recommend the contract non-renewal of Mr. Jon P. Harrison, faculty member of our Computer Science Technology Program. The entire CST faculty and staff, including Sue Garza, Division Director, have presented a large array of material (attached) to document that Mr. Harrison's unprofessional attitudes and behavior towards students, other faculty and staff, and the administration are detrimental to the operations of the CST program and, therefore, the College as a whole.

Mr. Harrison's belligerent and uncooperative conduct in and out of the classroom have been a source of constant disruption for the CST program for a number of years, and it is felt by all that his replacement will benefit the vitality of the CST program and the building of a harmonious work environment within the Electronics and Computer Technology Building. Efforts by current and previous Department Chairs and the Division Director to reform Mr. Harrison's attitudes and behavior, and this final action of non-renewal is considered by all to be in the best interest of the program and the College.

I ask that you review the materials presented in favor of this non-renewal request, and conduct whatever interviews you like with the Department Chair, Leonel Gomez, and Sue Garza, Division Director to determine whether you concur with our request. Should you concur, I would ask that your office prepare and distribute the non-renewal letter to Mr. Harrison.

Thanks in advance for your consideration of this request.

Cc: Mary Prepejchal, HR Director
    Sue Garza, Division Director
    Leonel Gomez, Department Chair–CST

Attachment: Program Documentation Materials

EXHIBIT
H
ACTION REPORTING