# TEXAS STATE TECHNICAL COLLEGE-HARLINGEN

| TITLE | NUMBER | PAGE |
|---|---|---|
| PRE-DISCIPLINARY HEARINGS | 2.49 | 1 of 1 |
| AUTHORITY      TSTC Board of Regents Minute Order 104-89 | DATE | Revised 03-01-99 |

**POLICY:**

It is the policy of Texas State Technical College-Harlingen that an employee be informed of the basis for any proposed disciplinary action resulting in suspension, demotion or dismissal and have an opportunity to respond in the presence of his or her supervisor and another in a management position before a final decision is made to take disciplinary action. This hearing is not intended to replace the due process hearing as provided for in the appellate procedures. This hearing may be waived by the employee.



EXHIBIT
J
ACTION REPORTING

| OFFICE OF RESPONSIBILITY: | Director-Human Resources | |
|---|---|---|
| PRESIDENT: | Dr. J. Gilbert Leal | DATE: 4-7-99 |