IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |
|     Defendant | § | |

### UNOPPOSED AMENDED MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

**TO THE HONORABLE JUDGE ANDREW S. HANEN:**

1. Plaintiff filed his preliminary response to the pending motion for summary judgment May 19, 2006, as required by the Court's current Order.

2. On May 19. 2006, Plaintiff also filed his Motion For Leave To Supplement Plaintiff's Summary Judgment Response. That motion was designated as opposed because the undersigned had been unable to confirm whether Defendant was opposed to the motion. Defendant's counsel has now indicated that the motion is unopposed. This corrected motion is filed to clarify the position of the parties for the Court.

3. For the reasons stated in the Sworn Declaration of John E. Schulman attached as Exhibit A, Plaintiff seeks leave to file his supplementary response attached as Exhibit B and the accompanying Appendix in order to address relevant testimony from Defendant Hobbs given during his May 17, 2006 deposition.

    Respectfully submitted,

    By: ----------s------------
    John E. Schulman
    Schulman Law Firm, P.C.
    9400 N. Central Expressway, Ste. 416
    Dallas, Texas 75231
    SBN 17833500/ Fed. I.D. 6959

        Telephone: (214) 361-2580
        Facsimile: (214) 361-2580
        jschulman@schulmanlaw.com

        Miguel Salinas
        803 Oil Port Isabel Road
        Brownsville, Texas 78521
        SBN: 17534750/FID: 15171
        Telephone: (956) 550-1115
        Facsimile: (956) 550-1134
        ATTORNEY IN CHARGE FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that Mr. Terence Thomson, opposing counsel has advised that he is not opposed to this motion for leave to supplement Plaintiff's summary judgment response.

        --------------*s*------------------
        John E. Schulman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States mail on this the 31st of May, 2006, to the foregoing attorneys of record:

Mr. Miguel Salinas
803 Oil Port Isabel Road
Brownsville, Texas 78521
SBN: 17534750/FID: 15171
Telephone: (956) 550-1115
Facsimile: (956) 550-1134
ATTORNEY IN CHARGE FOR PLAINTIFF

Terence L Thompson
Office of Attorney General
P O Box 12548
Austin, TX 78711-2548
Telephone: 512-463-2120
Fax: 512-320-0667 fax
LEAD ATTORNEY FOR DEFENDANT

        --------------*s*------------------
        John E. Schulman