IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JON P. HARRISON** | § | |
| **Plaintiff** | § | |
| **vs.** | § | Civil Action No. B-04-096 |
| | § | |
| **TEXAS STATE TECHNICAL** | § | |
| **COLLEGE,** | § | |
| **et al.** | § | |
| **Defendants** | § | |

## ORDER

On this _____ day of _____, 2006, the Court considered Plaintiffs' Unopposed Amended Motion for Leave to Supplement Plaintiff's Summary Judgment Response and determined that it is meritorious. Accordingly it is hereby ORDERED that Plaintiff's Motion is GRANTED and Exhibit B is admitted as Plaintiff's Supplement to Plaintiff's Summary Judgment Response with its accompanying Appendix.

IT IS SO ORDERED.

_____
**HONORABLE JUDGE ANDREW S. HANEN**