## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## –BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON, § | | |
|    Plaintiff, § | | |
| § | | |
| VS. § | CIVIL NO. B-04-096 | |
| § | | |
| TEXAS STATE TECHNICAL COLLEGE, et al., § | | |
|    Defendants. § | | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Supplement Summary Judgment Response. [Docket No. 36.] In that Motion, Plaintiff has represented that its prior Motion for Leave to Supplement Summary Judgment Response [Docket No. 33] is no longer opposed. Therefore, Docket No. 33 is hereby **DENIED as moot**. Plaintiff's Unopposed Motion for Leave to Supplement Summary Judgment Response [Docket No. 36] is hereby **GRANTED**. The Clerk of the Court is directed to docket Exhibit B and the attached Appendix from Docket No. 36.

Signed in Brownsville, Texas, this 1st day of June, 2006.

                                                    Andrew S. Hanen
                                             United States District Judge