IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

**SECOND JOINT MOTION TO EXTEND**
**FINAL PRETRIAL ORDER  DEADLINE**

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Now come the parties, Plaintiff, Jon P. Harrison, and Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert  Leal, Pat Hobbs, Zulema Garza, and Leonel Gomez (collectively, "Defendants"), by and through their attorneys of record,  and file this Second Joint Motion to Extend Final Pretrial Order Deadline, and in support thereof, would show the Court as follows:

1. On February 10, 2006, this Court entered an Amended Scheduling Order that is currently in effect.

2. Pursuant to a joint motion filed by the parties, the Court entered an Order on May 9, 2006, which extended the deadline for the parties to file their joint pretrial order from May 5, 2006, until June 19, 2006.  The parties sought their first extension of this deadline in order to allow time for the parties to conclude their filings related to Defendants' motion for summary judgment and to provide the Court with the opportunity to rule on the motion prior to the submission of their joint pretrial order.

3. The Court's order of May 9, 2006 set May 19, 2006 as the deadline for Plaintiff to respond to Defendants' summary judgment motion.  However, since that order was entered,

Plaintiff sought and obtained leave of court to supplement their summary judgment response by May 31, 2006, which Plaintiffs did on that date. Defendants are finalizing the preparation their reply, which will be filed tomorrow, June 20, 2006.

4. Defendants' summary judgment motion addresses multiple claims against multiple parties, and the Court's ruling on these matters will significantly impact the posture of this case joining forward. In addition, the individual Defendants have the ability to seek an interlocutory appeal should any adverse ruling be made on their motions based on qualified immunity. For these reasons, the parties again ask the Court to extend their deadline to file a joint pretrial order. They request that the new deadline be three days after the Court enters an order on Defendants' Motion for Summary Judgment, and that this deadline be suspended in the event any Defendant takes an interlocutory appeal.

5. A final pretrial conference is presently scheduled for June 29, 2006. Jury selection is set for the following day.

WHEREFORE, the parties pray that this motion be granted.

DATED:   June 19, 2006.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    BARRY R. McBEE
    First Assistant Attorney General

    EDWARD D. BURBACH
    Deputy Attorney General for Litigation

    JEFF L. ROSE
    Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689

SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS


LAW OFFICE OF MIGUEL SALINAS

/s/ Miguel Salinas
By permission   /s/ Shelley N. Dalhberg
MIGUEL SALINAS
Attorney in Charge for Plaintiff
State Bar No. 17534750
Southern District No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115
(956) 550-1134 FAX

JOHN E. SCHULMAN
Attorney At Law
9400 N. Central Expressway, Suite 416
Dallas, TX 75231
(214) 361-2580
(214) 361-6580 [fax]

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent by electronic notification on March 31, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General