IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

**ORDER**

Before the Court for consideration is parties' Second Joint Motion to Extend Final Pretrial Order Deadline [#_____]. Having considered the motion, the Court is of the opinion that the motion has merit and that it should be granted.

It is therefore Ordered that the current deadline for the parties to file their joint pretrial order is extended until: _____.

Should any defendant take an interlocutory appeal from any adverse ruling on his or her claim of qualified immunity, this deadline will be suspended while the case is on appeal.

SO ORDERED.

Signed this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE