IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON, § | | |
| Plaintiff, § | | |
| § | | |
| VS. § | | CIVIL NO. B-04-096 |
| § | | |
| TEXAS STATE TECHNICAL COLLEGE, et al., § | | |
| Defendants. § | | |

**ORDER**

Pending before the Court is the parties' Second Motion to Extend Final Pretrial Order Deadline [Docket No. 40]. Said Motion is hereby **GRANTED**. It is, therefore, **ORDERED** that the current deadline for the parties to file their Joint Pretrial Order is extended until August 10, 2006. Final Pretrial shall be on September 5, 2006, at 1:30 p.m. Jury Selection will be on September 7, 2006, at 9:00 a.m. Should any defendant take an interlocutory appeal from any adverse ruling on his or her claim of qualified immunity, this deadline will be suspended while the case is on appeal.

Signed in Brownsville, Texas, this 20th day of June, 2006.

Andrew S. Hanen
United States District Judge