IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | C.A. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
OUT OF TIME REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Defendants Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal, Pat Hobbs, Zulema Garza, and Leonel Gomez ("Defendants"), by and through the Attorney General of Texas, Greg Abbott, and the undersigned Assistant Attorney General, file this Motion for Leave to File Out of Time Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment (the "Reply"). A copy of the Reply is attached hereto as Exhibit A.

1.      Plaintiff filed his Response to Defendants' Motion for Summary Judgment on or about June 1, 2006. Mr. Thompson, lead counsel for Defendants, and his office staff calendared the deadline to reply as June 20, 2006. Believing this to be the deadline, Defendants informed the Court of their intention to file their reply on that day in the parties' Second Joint Motion to Extend Pre-trial Order Deadlines, filed June 19, 2000.

2.      On June 20, 2006, Defendants' counsel discovered this Court's Local Rule 5(C), which clearly states that a reply must be filed within ten (10) days. Defendants' Reply to Plaintiff's Response to Defendants' Motion was Summary Judgment was therefore due to this Court on or before June 15, 2006.

3.     On June 20, 2006, Defendants' counsels' office was also experiencing word processing equipment malfunctions.  Mr. Thompson contacted Plaintiff's counsel that afternoon to inform them that Defendants' reply was already late, would not be finalized even that date as expected, and that he would be in a federal court-ordered mediation the next day.  Plaintiff's counsel kindly agreed that this motion to file Defendants' Reply today, June 22, 2006, would not be opposed. Defendants respectfully ask this Court to permit its filing out of time, with sincere apologies to the Court for the delay.

4.     Defendants urge that their counsel's failure to timely file their Reply is the result of excusable neglect and not bad faith.  This motion is not made for purposes of delay but so that justice may be served.

5.     **Certificate of Conference**:     Mr. Thompson conferred with Plaintiff's counsel by telephone on June 20, 2006, and Plaintiff's counsel stated that Plaintiff would not oppose this motion.

WHEREFORE, Defendants pray that this motion be granted and that the Court will permit the late filing of their Reply, a copy of which is attached hereto and also filed contemporaneously with this motion.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

JEFF L. ROSE
Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Lead Attorney for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689
SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent via the Court's

electronic notification system on June 22, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General