IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | C.A. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al. | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
OUT OF TIME REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court for consideration is Defendants' Unopposed Motion for Leave to File Out of Time Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment [#_____]. Having considered the motion, the Court is of the opinion that the motion has merit and that it should be granted.

It is therefore Ordered that Defendants' Unopposed Motion for Leave to File Out of Time Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment is GRANTED.

Leave of court is granted to file Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment, effective on the _____ day of June, 2006.

SO ORDERED.

Signed this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE