# THE SCHULMAN LAW FIRM, P.C.

John E. Schulman, Esq.
Margaret K. Schulman, Esq.
9400 N. CENTRAL EXPRESSWAY, Suite 416
Dallas, Texas 75231

TELEPHONE (214)361-2580        jschulman@schulmanlaw.com        FACSIMILE (214) 361-6580

June 19, 2006

United States District Clerk
Brownsville Division
600 East Harrison St., Suite 1158
Brownsville, Texas 78520

RE: Jon P. Harrison vs. Texas State Technical College, et al
Civil Action No. B-04-096

Dear Sir/Madam:

Please be advised that John E. Schulman and Margaret K. Schulman will be on vacation from July 20, 2006 through August 3, 2006. Accordingly, please do not set this matter for trial or for any hearings during that time. A copy of this letter is being forwarded on today's date to all counsel of record in this matter, as indicated below.

If you have any questions regarding this request, please feel free to contact me at 214-361-2580. Thank you for your courtesy and cooperation.

Very truly yours,

John E. Schulman

cc:    Terence L. Thompson, (512) 320-0667
       Truman W. Dean (512) 257-2218
       Miguel Salinas (956) 550-1134
       Jon Harrison