IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al., | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Leave to File Out of Time Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment [Docket No. 42]. Said Motion is hereby **GRANTED**.

Signed in Brownsville, Texas, this 20th day of July, 2006.

Andrew S. Hanen
United States District Judge