# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# –BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON,           § | | |
|     Plaintiff,           § | | |
| § | | |
| VS.           § | CIVIL NO. B-04-096 | |
| § | | |
| TEXAS STATE TECHNICAL COLLEGE, et al., § | | |
|     Defendants.           § | | |

## ORDER

Currently under consideration by the Court is the Defendants' Motion for Summary Judgment [Docket No. 28] and the various responses and replies filed in connection with the issues raised in that motion. Of some importance to the Court's consideration is the issue of the State's Eleventh Amendment immunity. Texas State Technical College claims it is immune from Plaintiff's lawsuit, while, not surprisingly, Plaintiff opposes this interpretation. Part of Plaintiff's argument is that the "may sue, and may be sued" language of § 135.55 defeats the State's claim of immunity.

Both the initial motion and the initial response were filed prior to the Supreme Court of Texas' opinion in *Tooke v. City of Mexia*, ___ S.W.3d ___, 2006 WL 1792223 (Tex. June 30, 2006). While this Court is prepared to rule, in the interest of justice this Court would like to give the parties an opportunity to specifically address the application (or inapplicability) of this opinion to the instant case. To that end, the Court hereby gives each party until August 15, 2006, to file a brief of five (5) pages or less to express their views on this case. The Court requests that if the parties choose to file such a brief that they be specific in their arguments as to how and why the *Tooke* case does or does not control the immunity issue presently before this Court. Mere statements, platitudes or unsupported arguments one way or the other will not prove helpful.

Signed this 4th day of August, 2006.

                                                         Andrew S. Hanen
                                                         United States District Judge