IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## THIRD JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINE

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Now come the parties, Plaintiff, Jon P. Harrison, and Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal, Pat Hobbs, Zulema Garza, and Leonel Gomez (collectively, "Defendants"), by and through their attorneys of record, and file this Third Joint Motion to Extend Final Pretrial Order Deadline, and in support thereof, would show the Court as follows:

1.     By Order dated June 20, 2006, this Court granted the parties' Second Joint Motion to Extend Pretrial Order, extending the deadline for the parties to file their joint pretrial order until today, August 10, 2006. In that Order, the Court also suspended that deadline in the event any defendant took an interlocutory appeal from any adverse ruling on his or her motion for summary judgment based on qualified immunity.

2.     On August 4, 2006, the Court issued its Order instructing the parties to file additional briefing to specifically address the application (or inapplicability) of the Supreme Court of Texas' recent opinion in *Tooke v. City of Mexia*, ____ S.W.3d ____, 2006 WL 1792223 (Tex. June 30, 2006) to TSTC's pending summary judgment motion. The deadline for the parties to submit their briefing is August 15, 2006.

3. The parties' last motion to extend the deadline to file a pretrial order was predicated on a desire to allow time for the Court to resolve Defendants' pending summary judgment motions before having to file a final pretrial order. This is still their desire. They ask that the Court again extend this deadline until such time as the Court deems proper, after the parties have submitted the additional briefing requested by the Court and allowing for additional time for the Court to consider that information.

4. A final pretrial conference is presently scheduled for September 5, 2006. Jury selection is set for September 7, 2006.

WHEREFORE, the parties pray that this motion be granted.

DATED:   August 10, 2006.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    KENT C. SULLIVAN
    First Assistant Attorney General

    EDWARD D. BURBACH
    Deputy Attorney General for Litigation

    JEFF L. ROSE
    Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Lead Attorney for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689
SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS

LAW OFFICE OF MIGUEL SALINAS

   /s/ Miguel Salinas

By permission   /s/ Shelley N. Dalhberg
MIGUEL SALINAS
Attorney in Charge for Plaintiff
State Bar No. 17534750
Southern District No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115
(956) 550-1134 FAX

JOHN E. SCHULMAN
Attorney At Law
9400 N. Central Expressway, Suite 416
Dallas, TX 75231
(214) 361-2580
(214) 361-6580 [fax]

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent by electronic notification on August 10, 2006, to

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General