THE LAW OFFICE OF MIGUEL SALINAS
ATTORNEY AND COUNSELOR AT LAW
803 Old Port Isabel Rd. • Brownsville, Texas 78521
956/550-1115 (Telephone) 956/550-1134 (Facsimile)

August 15, 2006

Honorable Andrew Hanen
U.S. District Judge, Brownsville Division
600 E. Harrison
Brownsville, Texas 78520



Re:   Jon P. Harrison v. Texas State Technical College, et. al;
      Civil Action No. B-04-096

Dear Judge Hanen:

As you and I discussed yesterday, the parties have tentatively agreed to settle the above styled cause. In light of settlement, the parties respectfully request the Court continue this case and all deadlines for at least 60 days. The continuance will allow the parties to effectuate the settlement and submit the appropriate dismissal documents to the Court.

We are hopeful this correspondence satisfies the Court's directive. If, however, the Court requires more information, please let us know and we will make sure the Court receives it.

Thank you in advance for your patience, consideration and help.

Very truly yours

_____
Miguel Salinas,
Attorney for Plaintiff

_____ by perm
Terence L. Thompson    see attached
Attorney for Defendants

**THE LAW OFFICE OF MIGUEL SALINAS**
ATTORNEY AND COUNSELOR AT LAW
803 Old Port Isabel Rd. • Brownsville, Texas 78521
956/550-1115 (Telephone) 956/550-1134 (Facsimile)

August 15, 2006

Honorable Andrew Hanen
U.S. District Judge, Brownsville Division
600 E. Harrison
Brownsville, Texas 78520

Re: *Jon P. Harrison v. Texas State Technical College, et. al;*
Civil Action No. B-04-096

Dear Judge Hanen:

As you and I discussed yesterday, the parties have tentatively agreed to settle the above styled cause. In light of settlement, the parties respectfully request the Court continue this case and all deadlines for at least 60 days. The continuance will allow the parties to effectuate the settlement and submit the appropriate dismissal documents to the Court.

We are hopeful this correspondence satisfies the Court's directive. If, however, the Court requires more information, please let us know and we will make sure the Court receives it.

Thank you in advance for your patience, consideration and help.

Very truly yours

Miguel Salinas,
Attorney for Plaintiff

Terence L. Thompson
Attorney for Defendants