IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | |
|---|---|
| JON P. HARRISON,<br>    Plaintiff,<br><br>VS.<br><br>TEXAS STATE TECHNICAL COLLEGE, et al.,<br>    Defendants. | §<br>§<br>§<br>§  CIVIL NO. B-04-096<br>§<br>§<br>§ |

**ORDER**

In light of the parties' tentative settlement of this case, all deadlines are continued for 60 days. The parties are instructed to submit a joint motion for dismissal no later than Friday, October 6, 2006. All pending motions [Docket Nos. 28 & 47] are hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 15th day of August, 2006.

_____
Andrew S. Hanen
United States District Judge