IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## MOTION TO EXTEND
## DEADLINE TO FILE A JOINT MOTION FOR DISMISSAL

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Defendants, Texas State Technical College ("TSTC"), Dr. J. Gilbert Leal ("Leal"), Pat Hobbs ("Hobbs"), Zulema Garza ("Garza"), and Leonel Gomez ("Gomez") (collectively, "Defendants"), by and through their attorney of record, file this Motion to Extend the Deadline to File a Joint Motion for Dismissal in this case, and in support thereof, would show the Court as follows:

1. On or about August 15, 2006, the parties entered into an agreement to settle this matter. See correspondence from counsel to the Court, attached hereto as Exhibit A.

2. On August 15, 2006, the court issued its order instructing the parties to submit a joint motion for dismissal no later than Friday, October 6, 2006.

3. Settlements of this nature require approval at multiple levels of state government. In spite of the efforts of counsel, all of the approvals needed have not yet been obtained. There are no indications at this point, however, that the settlement will not be approved; it often just takes time to process the settlement approval requests. For TSTC's part, they have already prepared the settlement check and are ready to tender the negotiated amount immediately once the settlement has been approved by state officials in Austin. The approval process will not under any circumstances

take more than four weeks from this date to complete. The parties initially requested 60 days to process the settlement. (See Exhibit A.) That period would have extended until October 16, 2006 (the sixtieth day, October 14, 2006, being a Saturday).

4. In light of the fact that it appears that the settlement process will take at least the 60 days anticipated by the parties, and perhaps a week or two more at the most, Defendants ask that the Court extend its deadline for the parties to submit a joint motion for dismissal until November 3, 2006.

5. CERTIFICATE OF CONFERENCE. The undersigned counsel, Mr. Terence L. Thompson, has conferred by telephone with Mr. Miguel Salinas, counsel for Plaintiff, and Mr. Salinas reports that Plaintiff's counsel have been unable to secure the permission of the Plaintiff, Mr. Jon Harrison, to agree to the relief requested in this motion.

WHEREFORE, the Defendants pray that this motion be granted, and that the deadline for the parties to submit a joint motion to dismiss this case be extended until November 3, 2006. Defendants request such other and further relief to which they may be justly entitled.

DATED:   October 6, 2006.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    KENT C. SULLIVAN
    First Assistant Attorney General

    EDWARD D. BURBACH
    Deputy Attorney General for Litigation

    ROBERT B. O'KEEFE
    Chief General Litigation Division

/s/ Shelley N. Dahlberg
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District Bar No.26689

SHELLEY N. DAHLBERG
Texas Bar No. 24012491
Southern District Bar No. 415055
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be sent by the Court's electronic filing and notification system on October 6, 2006, to:

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

John E. Schulman
Schulman Law Firm, P.C.
9400 N. Central Expressway, Ste. 416
Dallas, Texas  75231

/s/ Shelley N. Dahlberg
SHELLEY N. DAHLBERG
Assistant Attorney General