IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

**ORDER**

Before the Court for consideration is the Defendants' Motion to Extend Deadline to File A Joint Motion for Dismissal [#_____]. Having considered the motion, and any response filed by Plaintiff, the Court is of the opinion that the motion has merit and that it should be granted.

It is therefore Ordered that the current deadline for the parties to file their joint motion for dismissal is extended until:_____.

SO ORDERED.

Signed this _____ day of October, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE