IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO HON. ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:

Now come the parties, Plaintiff, Jon P. Harrison, and Defendants, Texas State Technical College, Dr. J. Gilbert Leal, Pat Hobbs, Zulema Garza, and Leonel Gomez, by and through their attorneys of record, and file this Agreed Motion To Dismiss With Prejudice, and in support thereof, would show the Court as follows:

1. The parties hereby inform the Court that they have reached a full and final settlement of all disputes giving rise to this litigation.

2. Pursuant to their agreement, the parties request that the Court enter a final order dismissing this case with prejudice, with each party bearing his, her, or its own costs and attorney's fees. They further request that a final judgment of dismissal with prejudice be entered in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Jon P. Harrison, and Defendants, Texas State Technical College, Dr. J. Gilbert Leal, Pat Hobbs, Zulema Garza, and Leonel Gomez, respectfully request that this case be dismissed with prejudice, with each party bearing his, her, or its own costs and attorney's fees, and that a final judgment be entered accordingly.

Respectfully submitted,

LAW OFFICE OF MIGUEL SALINAS

*/s/ Miguel Salinas*

MIGUEL SALINAS
Attorney in Charge for Plaintiff
State Bar No. 17534750
Southern District No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115
(956) 550-1134 FAX

JOHN E. SCHULMAN
State Bar No. 17833500
Southern District No. 6959
THE SCHULMAN LAW FIRM, P.C.
9400 N. Central Expressway, Suite 416
Dallas, TX 75231
(214) 361-2580
(214) 361-6580 [fax]

ATTORNEYS FOR PLAINTIFF


GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

*[signature]*
TERENCE L. THOMPSON
Attorney in Charge for Defendants
Texas Bar No. 19943700
Southern District No. 26689
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 320-0667 [fax]

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, on __Nov 3__, 2006, to

Terence L. Thompson
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, TX 78711

*[signature]*
MIGUEL SALINAS

3