IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE, et al. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Parties' Joint Motion to Dismiss With Prejudice [#_____]. The Court finds that the motion is meritorious and should be granted in all respects.

IT IS, THEREFORE, ORDERED that:

    A.    This civil action is hereby DISMISSED WITH PREJUDICE;

    B.    Each party is to bear his, her, or its own costs and attorney's fees; and

    C.    All other relief requested but not previously granted is DENIED.

This is a final order. The Clerk of the Court is instructed to enter a final judgment of dismissal with prejudice, in accordance with the terms outlined above.

SO ORDERED.

Signed in Brownsville, Texas, this _____ day of _____, 2006.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE