United States District Court
Southern District of Texas
ENTERED

NOV - 6 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Dunlap

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JON P. HARRISON | § | |
| | § | |
| vs. | § | CA. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Parties' Joint Motion to Dismiss With Prejudice [# 52]. The Court finds that the motion is meritorious and should be granted in all respects.

IT IS, THEREFORE, ORDERED that:

    A.    This civil action is hereby DISMISSED WITH PREJUDICE;

    B.    Each party is to bear his, her, or its own costs and attorney's fees; and

    C.    All other relief requested but not previously granted is DENIED.

This is a final order. The Clerk of the Court is instructed to enter a final judgment of dismissal with prejudice, in accordance with the terms outlined above.

SO ORDERED.

Signed in Brownsville, Texas, this 6th day of November, 2006.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE