IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| JON P. HARRISON,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-04-096 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE, et al.,<br>    Defendants. | §<br>§<br>§ | |

**JUDGMENT**

Parties' Joint Motion to Dismiss With Prejudice was granted in this Court's Order of Dismissal With Prejudice on November 6, 2006. Therefore, the Court orders that Plaintiff take nothing.

Signed this 8th day of November, 2006.

_____
Andrew S. Hanen
United States District Judge